No. 23-10326

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

BRAIDWOOD MANAGEMENT INCORPORATED, *et al.*,
*Plaintiffs-Appellees,*

v.

XAVIER BECERRA, *et al.*,
*Defendants-Appellants.*

On Appeal from the United States District Court
for the Northern District of Texas, No. 4:20-cv-00283
Hon. Reed O'Connor, United States District Judge

**UNOPPOSED MOTION OF AMERICAN LUNG ASSOCIATION, ADULT VACCINE ACCESS COALITION, AMERICAN HEART ASSOCIATION, CAMPAIGN FOR TOBACCO-FREE KIDS, GO2 FOR LUNG CANCER, LUNGEVITY FOUNDATION, PUBLIC CITIZEN, AND TRUTH INITIATIVE FOUNDATION d/b/a TRUTH INITIATIVE
FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF DEFENDANTS-APPELLANTS' MOTION FOR A STAY OF THE DISTRICT COURT'S JUDGMENT**

Nicolas A. Sansone
Allison M. Zieve
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Attorneys for Movants
American Lung Association,
et al.*

April 27, 2023

# SUPPLEMENTAL CERTIFICATE OF INTERESTED PERSONS

No. 23-10326

## IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

BRAIDWOOD MANAGEMENT INCORPORATED, *et al.*,
*Plaintiffs-Appellees*,

v.

XAVIER BECERRA, *et al.*,
*Defendants-Appellants*.

On Appeal from the United States District Court
for the Northern District of Texas, No. 4:20-cv-00283
Hon. Reed O'Connor, United States District Judge

Pursuant to this Court's Rule 29.2 and Federal Rule of Appellate Procedure 26.1, movants American Lung Association, Adult Vaccine Access Coalition, American Heart Association, Campaign for Tobacco-Free Kids, GO2 for Lung Cancer, LUNGevity Foundation, Public Citizen, and Truth Initiative Foundation d/b/a Truth Initiative submit this supplemental certificate of interested persons to fully disclose all those with an interest in this motion and provide the required information as to their corporate status and affiliations.

i

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case, in addition to those listed in the briefs of the parties. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

    A.    Movant **American Lung Association** is a non-profit, non-stock corporation. It has no parent corporation, and no publicly traded corporation has an ownership interest in it of any kind.

    B.    Movant **Adult Vaccine Access Coalition** is a non-profit, non-stock corporation. It has no parent corporation, and no publicly traded corporation has an ownership interest in it of any kind.

    C.    Movant **American Heart Association** is a non-profit, non-stock corporation. It has no parent corporation, and no publicly traded corporation has an ownership interest in it of any kind.

    D.    Movant **Campaign for Tobacco-Free Kids** is a non-profit, non-stock corporation. It has no parent corporation, and no publicly traded corporation has an ownership interest in it of any kind.

E. Movant **GO2 for Lung Cancer** is a non-profit, non-stock corporation. It has no parent corporation, and no publicly traded corporation has an ownership interest in it of any kind.

F. Movant **LUNGevity Foundation** is a non-profit, non-stock corporation. It has no parent corporation, and no publicly traded corporation has an ownership interest in it of any kind.

G. Movant **Public Citizen** is a non-profit, non-stock corporation. It has no parent corporation, and no publicly traded corporation has an ownership interest in it of any kind.

H. Movant **Truth Initiative Foundation d/b/a Truth Initiative** is a non-profit, non-stock corporation. It has no parent corporation, and no publicly traded corporation has an ownership interest in it of any kind.

I. The above-listed movants are represented by **Nicolas A. Sansone** and **Allison M. Zieve** of **Public Citizen Litigation Group**.

/s/ Nicolas A. Sansone
Nicolas A. Sansone

*Attorney for Movants
American Lung Association, et al.*

April 27, 2023

**MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF DEFENDANTS-APPELLANTS' MOTION FOR A STAY OF THE DISTRICT COURT'S JUDGMENT**

Pursuant to Federal Rule of Appellate Procedure 29(a) and Fifth Circuit Rule 29.1, American Lung Association, Adult Vaccine Access Coalition, American Heart Association, Campaign for Tobacco-Free Kids, GO2 for Lung Cancer, LUNGevity Foundation, Public Citizen, and Truth Initiative Foundation d/b/a Truth Initiative (Movants) move for this Court's leave to file a brief of 4,774 words as amici curiae in support of Defendants-Appellants' motion for a stay of the district court's judgment pending resolution of this appeal.

**I.　Movants' Interest in These Proceedings**

Movants are eight organizations with strong interests in ensuring that Americans retain cost-free access to the preventive care—including lung cancer screening, medications that reduce the risk of heart attack and stroke, and behavioral counseling to improve lung and heart health—threatened by the district court's judgment in this case.

The American Lung Association is a non-profit organization that has worked for more than 115 years to improve lung health and prevent life-threatening lung disease. One of the organization's central missions

1

is to reduce the incidence of lung cancer by encouraging prevention and effective treatment.

The Adult Vaccine Access Coalition was formed to advocate for federal policies that improve access to and increase utilization of vaccines among adults. It advocates for policies, including the elimination of cost-sharing, that reduce the barriers that discourage patients from utilizing effective forms of preventive care.

The American Heart Association is the nation's oldest and largest voluntary organization dedicated to fighting heart disease and stroke, and it represents more than 40 million volunteers and supporters. The patients it represents benefit directly from the Affordable Care Act's preventive services provisions, without which millions of patients would no longer have the same access to life-saving, evidence-based healthcare that supports long-term cardiovascular health.

The Campaign for Tobacco-Free Kids is a leading force in the fight to reduce tobacco use and its deadly toll in the United States and around the world. The Campaign envisions a future free of the death and disease caused by tobacco, and it works to save lives by advocating for public policies that prevent kids from using tobacco products, help smokers quit,

educate the public about the dangers of smoking and tobacco use, and protect everyone from secondhand smoke.

GO2 for Lung Cancer, founded by patients and survivors of lung cancer, is dedicated to increasing survival for those at risk of, diagnosed with, and living with lung cancer, and it provides one-on-one assistance, supportive connections, treatment information, and help finding care close to home. The organization offers information about the latest research and special initiatives that increase survivorship, and it works to improve health policies and public awareness.

LUNGevity Foundation is the largest national non-profit organization that funds research, provides education and support, and builds communities for the 600,000 Americans living with lung cancer. LUNGevity strongly supports provisions in the Affordable Care Act that allow for no-cost coverage of life-saving services such as lung cancer screening.

Public Citizen is a non-profit consumer advocacy organization with members in all fifty states. Among other things, Public Citizen works to advance healthcare access and to ensure strong protections for public health.

Truth Initiative Foundation d/b/a Truth Initiative, created out of a 1998 master settlement agreement between forty-six states and the tobacco industry, seeks to create a world where young people reject tobacco and nicotine in all its forms and where anybody can quit using tobacco or nicotine. Truth Initiative has a strong interest in ensuring that individuals retain access to the cost-free tobacco-cessation programs guaranteed by the Affordable Care Act.

## II. Desirability and Relevance of Movants' Proposed Brief

As organizations with missions focused on ensuring effective and accessible healthcare, Movants can contribute to informed consideration of the questions before this Court. The equitable factors relevant to the issue of whether to grant a stay require this Court to consider the practical consequences of allowing the district court's judgment to remain in effect pending appeal. Movants have considerable knowledge concerning the value of preventive services in reducing the incidence of illness and death, and concerning the adverse impact that reduced insurance coverage or the imposition of cost-sharing can have on patients' uptake of these vital services. This expertise allows Movants to speak with authority on the negative impact that the district court's judgment

could have on public health if allowed to remain in effect during this appeal's pendency.

All parties have consented to the filing of the proposed brief, which Movants submit contemporaneously with this motion.

## CONCLUSION

For the foregoing reasons, the Court should grant Movants' motion for leave to file a brief as amici curiae in support of Defendants-Appellants' motion for a stay of the district court's judgment.

    Respectfully submitted,

    /s/ Nicolas A. Sansone
    Nicolas A. Sansone
    Allison M. Zieve
    Public Citizen Litigation Group
    1600 20th Street NW
    Washington, DC 20009
    (202) 588-1000

    *Attorneys for Movants*
    *American Lung Association, et al.*

April 27, 2023

# CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the motion exempted by Federal Rules of Appellate Procedure 27(a)(2)(B) and 32(f) and the Rules of this Court, it contains 794 words.

This motion also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E), 32(a)(5), and 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook.

/s/ Nicolas A. Sansone
Nicolas A. Sansone
*Attorney for Movants*
*American Lung Association, et al.*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Unopposed Motion for Leave to File Amicus Curiae Brief with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit on April 27, 2023, using the Appellate Electronic Filing system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Nicolas A. Sansone
Nicolas A. Sansone
*Attorney for Movants*
*American Lung Association, et al.*
