# FORM FOR APPEARANCE OF COUNSEL

*Only attorneys admitted to the Bar of this Court may sign this form and practice before the Court.* **Each attorney representing the interests of a party must complete a separate form.** *(COMPLETE ENTIRE FORM).*

NO. __23-10326__

__Braidwood Management, Inc., et al__       vs.    __Xavier Becerra, et al__
(Plaintiff)                                             (Defendant)

The Clerk will enter my appearance as Counsel for:
__See attachment__
(Please list names of all parties represented)

who IN THIS COURT is (use mouse to select one)   ☐ Petitioner(s)   ☐ Respondent(s)   ☒ Amicus Curiae
☐ Appellant(s)   ☐ Appellee(s)   ☐ Intervenor

I certify that I am a member of the Bar of the Fifth Circuit Court of Appeals, or am applying by completing an admission form..

__/s/ Beth Petronio__                               __beth.petronio@klgates.com__
(Signature)                                         (E-Mail Address)

__Beth Petronio__                                   XXX-XX-__4163__
(Type or print name)                                (Social Security Number-Last 4 Digits)

_____              __TX00797664__
(Title, If Any)                                     (Resident State/Bar No.)

__K&L Gates LLP__                                   Date of Birth __07/15/1971__     Sex: ☐ M  ☒ F
(Firm or Organization)

Street Address __1717 Main Street__                 Suite __2800__
City & State __Dallas, TX__    Zip __75201__   Tel. w/AC __214.939.581__  Fax w/AC __214.939.5849__

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel to whom the court will give notification, with the understanding that the lead counsel will notify all other related counsel. If lead counsel has not signed above, lead counsel *must* complete his or her own form for appearance of counsel. The person to be notified in this case is:

**Name of Lead Counsel (Type or Print)** __Beth Petronio__

A.  Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.
_____

B.  Inquiry of Counsel
    To your knowledge:

    (1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related issue(s)?
        Yes ☐    No ☒

    (2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?
        Yes ☐    No ☒

    (3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?
        Yes ☐    No ☒

    (4) Does this case qualify for calendaring priority under 5TH CIR. R. 47.7? If so, cite type of case:
        _____

If answer to (1), or (2), or (3), is yes, please give detailed information.

Number and Style of Related Case
_____

Name of Court or Agency
_____

Status of Appeal (if any)
_____

Other Status (if not appealed)
_____

**NOTE:** Attach sheet to give further details.

DKT-5A(11/01)

Parties Represented:

AMERICAN CANCER SOCIETY

AMERICAN CANCER SOCIETY CANCER ACTION NETWORK

AMERICAN KIDNEY FUND

ARTHRITIS FOUNDATION

CANCER*CARE*

CANCER SUPPORT COMMUNITY

CYSTIC FIBROSIS FOUNDATION

EPILEPSY FOUNDATION

HEMOPHILIA FEDERATION OF AMERICA

LEUKEMIA AND LYMPHOMA SOCIETY

NATIONAL MINORITY QUALITY FORUM

NATIONAL PATIENT ADVOCATE FOUNDATION

THE AIDS INSTITUTE

WOMENHEART