No. 23-10326

## IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

BRAIDWOOD MANAGEMENT, INC., *et al.*
        *Plaintiffs-Appellees-Cross-Appellants,*

v.

XAVIER BECERRA, *et al.*,
        *Defendants-Appellants-Cross-Appellees.*

On Appeal from the United States District Court
for the Northern District of Texas,
No. 4:20-CV-283-O, Hon. Reed C. O'Connor

## UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF FOR AMERICAN PUBLIC HEALTH ASSOCIATION AND PUBLIC HEALTH DEANS AND SCHOLARS AS *AMICI CURIAE* IN SUPPORT OF PARTIAL STAY PENDING APPEAL

Andrew Pincus
Erik P. Fredericksen
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
(202) 263-3000
apincus@mayerbrown.com

*Counsel for* Amici Curiae

## CORPORATE DISCLOSURE STATEMENT AND SUPPLEMENTAL STATEMENT OF INTERESTED PARTIES

### Case No. 23-10326, *Braidwood Management, Inc., et al. v. Xavier Becerra, et al.*

The undersigned counsel of record certifies that the following listed persons and entities as described in Rule 28.2.1, in addition to those disclosed in the parties' statements of interested persons, have an interest in this case's outcome. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

American Public Health Association

> The American Public Health Association is a professional association. It is not publicly traded and has no parent corporation. No publicly held corporation owns 10% or more of its stock.

Individual *Amici Curiae*

> Burroughs, Thomas E., PhD, MS, MA, Dean and Professor, SLU College for Public Health and Social Justice, Saint Louis University

> Chandler, G. Thomas, MS, PhD, Dean and Professor of Environmental Health Sciences, Arnold School of Public Health, University of South Carolina

> Drenkard, Karen, PhD, RN, NEA-BC, FAAN, Associate Dean of Clinical Practice and Community Engagement, School of Nursing Center for Health Policy and Medical Engagement, The George Washington University

> El-Mohandes, Ayman, MBBCh, MD, MPH, Dean, CUNY Graduate School of Public Health & Health Policy

i

Fallin, Daniele, PhD, James W. Curran Dean of Public Health, Rollins School of Public Health, Emory University

Fried, Linda P., MD, MPH, Dean and DeLamar Professor of Public Health, Mailman School of Public Health, Professor of Epidemiology and Medicine, Columbia University

Galea, Sandro, MD, DrPH, Dean, Robert A. Knox Professor, Boston University

Glied, Sherry, PhD, MA, Dean, Robert F. Wagner Graduate School of Public Service, New York University

Godwin, Hilary, PhD, Dean, University of Washington School of Public Health

Goldman, Lynn R., MD, MPH, MS, Michael and Lori Milken Dean of Public Health, Milken Institute School of Public Health, The George Washington University

Gusmano, Michael K., PhD, Professor and Associate Dean of Academic Programs, College of Health, Director, Center for Ethics, Lehigh University

Hoffman, Allison K., JD, Deputy Dean and Professor of Law, University of Pennsylvania Carey Law School

Jeffries, Pamela R., PhD, RN, FAAN, ANEF, FSSH, Dean, Vanderbilt School of Nursing, Valere Potter Distinguished Professor of Nursing, RWJF Nurse Executive Fellow Alumna, Vanderbilt School of Nursing

Lu, Michael C., MD, MS, MPH, Dean, UC Berkeley School of Public Health

Lushniak, Boris, MD, MPH, Professor and Dean, University of Maryland School of Public Health

Parker, Edith A., MPH, DrPH, Dean, Professor, Community and Behavioral Health, Director, Prevention Research Center for Rural

Health, Professor, Public Policy Center, Office of the Vice President for Research, The University of Iowa College of Public Health

Petersen, Donna J., ScD, MHS, CPH, Dean, College of Public Health, Professor of Public Health, University of South Florida

Pettigrew, Melinda M., PhD, Interim Dean, Anna M. R. Lauder Professor of Epidemiology, Yale School of Public Health

Schuster, Mark A., MD, PhD, Founding Dean and CEO, Kaiser Permanente Bernard J. Tyson School of Medicine

Trapido, Edward, ScD, FACE, Interim Dean, LSU School of Public Health – New Orleans

Beckerman, Julia Zoe, JD, MPH, Teaching Associate Professor & Vice Chair, Department of Health Policy and Management, Milken Institute School of Public Health, The George Washington University

Markus, Anne R., PhD, MHS, JD, Professor and Chair, Department of Health Policy and Management, Milken Institute School of Public Health, The George Washington University

McDonnell, Karen A., PhD, Associate Professor and Vice Chair, Department of Prevention and Community Health, Milken Institute School of Public Health, The George Washington University

Oberlander, Jonathan, PhD, Professor and Chair, Department of Social Medicine, Professor, Department of Health Policy & Management, University of North Carolina at Chapel Hill

Thorpe, Jane, JD, Professor and Sr. Associate Dean for Academic, Student & Faculty Affairs, Department of Health Policy and Management, Milken Institute School of Public Health, The George Washington University

Warren-Findlow, Jan, PhD, Professor and Chair, Department of Public Health Sciences, UNC Charlotte

Alker, Joan, MPhil, Research Professor, McCourt School of Public Policy, Georgetown University

Blewett, Lynn A., PhD, MA, Professor of Health Policy, University of Minnesota School of Public Health

Borden, William B., MD, FACC, FAHA, Chief Quality and Population Officer, Associate Professor of Medicine and Health Policy, George Washington University Medical Faculty Associates

Brindis, Claire D., DrPH, Professor, Departments of Pediatrics and Obstetrics, Gynecology and Reproductive Sciences, Director, Philip R. Lee Institute for Health Policy Studies, Director Emeritus and Senior Scholar, Center for Global Reproductive Health, Co-Director, Adolescent and Young Adult Health National Resource Center, Adjunct Professor, UC Hastings School of Law, University of California, San Francisco

Byrnes, Maureen, MPA, Teaching Instructor, Department of Health Policy and Management, Milken Institute School of Public Health, The George Washington University

Catalanotti, Jillian, MD, MPH, FACP, Associate Professor of Medicine, Associate Professor of Health Policy and Management, Director, Internal Medicine Residency Programs, The George Washington University

Cohen, Alan B., Sc.D., Research Professor, Markets, Public Policy and Law, Boston University Questrom School of Business, and Professor of Health Law, Policy and Management, Boston University School of Public Health

Frankford, David M., JD, Professor of Law, Rutgers University School of Law

Goldstein, Melissa M., JD, Associate Professor, Department of Health Policy and Management, Milken Institute School of Public Health, The George Washington University

Grogan, Colleen M., PhD, Deborah R. and Edgar D. Jannotta Professor, Crown Family School of Social Work, Policy, and Practice, The University of Chicago

Halfon, Neal, MD, MPH, Professor of Pediatrics, Public Health and Public Policy, Director, UCLA Center for Healthier Children, Families & Communities, UCLA

Heinrich, Janet, DrPH, RN, FAAN, Research Professor, Department of Health Policy and Management, Milken Institute School of Public Health, The George Washington University

Horton, Katherine, RN, MPH, JD, Research Professor in the Department of Health Policy and Management, Milken Institute School of Public Health, The George Washington University

Huberfeld, Nicole, JD, Professor of Health Law, Ethics & Human Rights, Boston University School of Public Health and Professor of Law, Boston University School of Law

Ku, Leighton, PhD, MPH, Professor, Department of Health Policy and Management, Director, Center for Health Policy Research, Milken Institute School of Public Health, The George Washington University

Lantz, Paula, PhD, James B. Hudak Professor of Health Policy, Professor of Public Policy, Gerald R. Ford School of Public Policy, Professor of Health Management and Policy, School of Public Health, University of Michigan

Law, Sylvia A., JD, Elizabeth K. Dollard Professor of Law, Medicine and Psychiatry, Emerita Co-Director, Arthur Garfield Hays Civil Liberties Program, NYU Law School

Levi, Jeffrey, PhD, Professor of Health Policy and Management, Milken Institute School of Public Health, The George Washington University

Mariner, Wendy K., JD, LLM, MPH, Professor Emerita, Health Law, Ethics and Human Rights, Boston University School of Public Health

Mason, Diana J., RN, PhD, FAAN, Senior Policy Service Professor, Center for Health Policy and Media Engagement, School of Nursing, The George Washington University

Michaels, David, PhD, MPH, Professor, Department of Environmental and Occupational Health, Milken Institute School of Public Health, The George Washington University

Musumeci, MaryBeth, JD, Associate Teaching Professor, Milken Institute School of Public Health, The George Washington University

Perreira, Krista M., PhD, Department of Social Medicine, UNC School of Medicine

Peterson, Mark A., PhD, Professor of Public Policy, Political Science, and Law, Department of Public Policy, UCLA Meyer and Renee Luskin School of Public Affairs

Pollack, Harold, PhD, Helen Ross Professor, Crown Family School of Social Work, Policy, and Practice, The University of Chicago

Rimer, Barbara K., DrPH, MPH, Alumni Distinguished Professor, Dean Emerita, UNC Gillings School of Global Public Health

Rosenblatt, Rand E., JD, Professor Emeritus, Rutgers University School of Law

Rosenbaum, Sara, JD, Professor Emerita, Health Law and Policy, Department of Health Policy and Management, Milken Institute School of Public Health, The George Washington University

Schneider, Andy, JD, Research Professor of the Practice, McCourt School of Public Policy, Georgetown University

Seiler, Naomi, JD, Associate Professor, Department of Health Policy and Management, Milken Institute School of Public Health, The George Washington University

Shin, Peter, PhD, MPH, Associate Professor and Geiger Gibson-RCHN Research Director, Department of Health Policy and

Management, Milken Institute School of Public Health, The George Washington University

Silberman, Pam, JD, DrPH, Professor Emerita, Director, Executive Doctoral Program in Health Leadership, Department of Health Policy and Management, UNC Gillings School of Global Public Health

Siminoff, Laura A., PhD, Laura H. Carnell Professor of Public Health, Department of Social and Behavioral Sciences, Temple University

Skinner, Daniel, PhD, Associate Professor of Health Policy, Ohio University

Slifkin, Becky, PhD, Professor, Department of Health Policy and Management, UNC Gillings School of Global Health

Stoltzfus Jost, Timothy, JD, Emeritus Professor, Washington and Lee University School of Law

Swartz, Katherine, PhD, Professor of Health Economics and Policy, Harvard T.H. Chan School of Public Health

Teitelbaum, Joel, JD, LLM, Professor of Health Policy and Law, Director, Hirsh Health Law and Policy Program, Co-Director, National Center for Medical-Legal Partnership, The George Washington University

Vermund, Sten H., MD, PhD, Anna M.R. Lauder Professor of Public Health, Yale School of Public Health, and Professor of Pediatrics, Yale School of Medicine

Vyas, Amita N., PhD, MHS, Associate Professor, Director, Maternal & Child Health Program, Milken Institute School of Public Health, The George Washington University

Wasserman, Alan G., MD, MACP, Eugene Meyer Professor, Senior Academic Advisor to the Dean, Department of Medicine, The George Washington School of Medicine and Health Sciences

Westmoreland, Timothy M., JD, Professor from Practice, Emeritus, Georgetown University School of Law

Counsel for *Amici Curiae*

Mayer Brown LLP (Andrew J. Pincus; Erik P. Fredericksen)

/s/ *Andrew J. Pincus*

Andrew J. Pincus
Erik P. Fredericksen
MAYER BROWN LLP
1999 K Street NW Washington, DC 20006
(202) 263-3000
apincus@mayerbrown.com

*Counsel for* Amici Curiae

**MOTION FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE***

Pursuant to Federal Rule of Appellate Procedure 29, the American Public Health Association (APHA) and the individual Public Health Deans and Scholars listed in the Appendix move for leave to file a brief of no more than 5,200 words as *amici curiae* in support of a partial stay pending appeal. All parties have consented to the filing of this brief.

1.    The APHA, which was founded in 1872, is the leading professional organization for public health professionals in the United States. APHA shares the latest research and information; promotes best practices; and advocates for public health issues and policies grounded in scientific research. APHA represents more than 24,000 individual members and is the only organization that combines a 150-year perspective, a broad-based member community, and a focus on influencing federal policy to improve the public's health.

2.    Individual *amici* are a group of 68 distinguished deans and professors of public health with deep expertise in policies that promote population health and alleviate barriers to care. They are identified in the attached Appendix.

3.    *Amici* have a strong interest in ensuring the continued availability of cost-free coverage for preventive healthcare, given their professional mission to promote public health through evidence-based policies.

4.    *Amici* file this brief to explain the importance of the cost-free preventive services impacted by the district court's order and the significant harm to public health that will result if the order is not stayed with respect to persons other than Plaintiffs.

5.    Pursuant to Fifth Circuit Rule 29.2, the attached brief avoids repeating facts and legal arguments contained in Appellants' brief. Drawing on the public-health expertise of *amici*, the brief explains the benefits of the Affordable Care Act's preventive services requirement and the significant harms to Americans' health that will result from the district court's order eliminating this requirement with respect to valuable preventive services.

6.    Counsel for *amici* contacted the parties' counsel for their position on this motion. Counsel for all parties consent to the motion.

## CONCLUSION

The Court should grant leave to file the attached brief of *amici curiae*.

Dated: April 28, 2023

Respectfully submitted,

*/s/ Andrew J. Pincus*
Andrew J. Pincus
Erik P. Fredericksen
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006
(202) 263-3000
apincus@mayerbrown.com

# APPENDIX

# LIST OF *AMICI CURIAE*

1.  American Public Health Association

## Public Health Deans

2.  Burroughs, Thomas E., PhD, MS, MA, Dean and Professor, SLU College for Public Health and Social Justice, Saint Louis University

3.  Chandler, G. Thomas, MS, PhD, Dean and Professor of Environmental Health Sciences, Arnold School of Public Health, University of South Carolina

4.  Drenkard, Karen, PhD, RN, NEA-BC, FAAN, Associate Dean of Clinical Practice and Community Engagement, School of Nursing Center for Health Policy and Medical Engagement, The George Washington University

5.  El-Mohandes, Ayman, MBBCh, MD, MPH, Dean, CUNY Graduate School of Public Health & Health Policy

6.  Fallin, Daniele, PhD, James W. Curran Dean of Public Health, Rollins School of Public Health, Emory University

7.  Fried, Linda P., MD, MPH, Dean and DeLamar Professor of Public Health, Mailman School of Public

Health, Professor of Epidemiology and Medicine, Columbia University

8.  Galea, Sandro, MD, DrPH, Dean, Robert A. Knox Professor, Boston University

9.  Glied, Sherry, PhD, MA, Dean, Robert F. Wagner Graduate School of Public Service, New York University

10. Godwin, Hilary, PhD, Dean, University of Washington School of Public Health

11. Goldman, Lynn R., MD, MPH, MS, Michael and Lori Milken Dean of Public Health, Milken Institute School of Public Health, The George Washington University

12. Gusmano, Michael K., PhD, Professor and Associate Dean of Academic Programs, College of Health, Director, Center for Ethics, Lehigh University

13. Hoffman, Allison K., JD, Deputy Dean and Professor of Law, University of Pennsylvania Carey Law School

14. Jeffries, Pamela R., PhD, RN, FAAN, ANEF, FSSH, Dean, Vanderbilt School of Nursing, Valere Potter Distinguished Professor of Nursing, RWJF Nurse Executive Fellow Alumna, Vanderbilt School of Nursing

15. Lu, Michael C., MD, MS, MPH, Dean, UC Berkeley School of Public Health

16. Lushniak, Boris, MD, MPH, Professor and Dean, University of Maryland School of Public Health

17. Parker, Edith A., MPH, DrPH, Dean, Professor, Community and Behavioral Health, Director, Prevention Research Center for Rural Health, Professor, Public Policy Center, Office of the Vice

President for Research, The University of Iowa College of Public Health

18.  Petersen, Donna J., ScD, MHS, CPH, Dean, College of Public Health, Professor of Public Health, University of South Florida

19.  Pettigrew, Melinda M., PhD, Interim Dean, Anna M. R. Lauder Professor of Epidemiology, Yale School of Public Health

20.  Schuster, Mark A., MD, PhD, Founding Dean and CEO, Kaiser Permanente Bernard J. Tyson School of Medicine

21.  Trapido, Edward, ScD, FACE, Interim Dean, LSU School of Public Health – New Orleans

### Public Health Scholars

22.  Beckerman, Julia Zoe, JD, MPH, Teaching Associate Professor & Vice Chair, Department of Health Policy and Management, Milken Institute School of Public Health, The George Washington University

23.  Markus, Anne R., PhD, MHS, JD, Professor and Chair, Department of Health Policy and Management, Milken Institute School of Public Health, The George Washington University

24.  McDonnell, Karen A., PhD, Associate Professor and Vice Chair, Department of Prevention and Community Health, Milken Institute School of Public Health, The George Washington University

25.  Oberlander, Jonathan, PhD, Professor and Chair, Department of Social Medicine, Professor, Department

of Health Policy & Management, University of North
Carolina at Chapel Hill

26. Thorpe, Jane, JD, Professor and Sr. Associate Dean for
Academic, Student & Faculty Affairs, Department of
Health Policy and Management, Milken Institute
School of Public Health, The George Washington
University

27. Warren-Findlow, Jan, PhD, Professor and Chair,
Department of Public Health Sciences, UNC Charlotte

28. Alker, Joan, MPhil, Research Professor, McCourt
School of Public Policy, Georgetown University

29. Blewett, Lynn A., PhD, MA, Professor of Health Policy,
University of Minnesota School of Public Health

30. Borden, William B., MD, FACC, FAHA, Chief Quality
and Population Officer, Associate Professor of Medicine
and Health Policy, George Washington University
Medical Faculty Associates

31. Brindis, Claire D., DrPH, Professor, Departments of
Pediatrics and Obstetrics, Gynecology and
Reproductive Sciences, Director, Philip R. Lee Institute
for Health Policy Studies, Director emeritus and Senior
Scholar, Center for Global Reproductive Health, Co-
Director, Adolescent and Young Adult Health National
Resource Center, Adjunct Professor, UC Hastings
School of Law, University of California, San Francisco

32. Byrnes, Maureen, MPA, Teaching Instructor,
Department of Health Policy and Management, Milken
Institute School of Public Health, The George
Washington University

33. Catalanotti, Jillian, MD, MPH, FACP, Associate
Professor of Medicine, Associate Professor of Health
Policy and Management, Director, Internal Medicine

Residency Programs, The George Washington University

34. Cohen, Alan B., Sc.D., Research Professor, Markets, Public Policy and Law, Boston University Questrom School of Business, and Professor of Health Law, Policy and Management, Boston University School of Public Health

35. Frankford, David M., JD, Professor of Law, Rutgers University School of Law

36. Goldstein, Melissa M., JD, Associate Professor, Department of Health Policy and Management, Milken Institute School of Public Health, The George Washington University

37. Grogan, Colleen M., PhD, Deborah R. and Edgar D. Jannotta Professor, Crown Family School of Social Work, Policy, and Practice, The University of Chicago

38. Halfon, Neal, MD, MPH, Professor of Pediatrics, Public Health and Public Policy, Director, UCLA Center for Healthier Children, Families & Communities, UCLA

39. Heinrich, Janet, DrPH, RN, FAAN, Research Professor, Department of Health Policy and Management, Milken Institute School of Public Health, The George Washington University

40. Horton, Katherine, RN, MPH, JD, Research Professor in the Department of Health Policy and Management, Milken Institute School of Public Health, The George Washington University

41. Huberfeld, Nicole, JD, Professor of Health Law, Ethics & Human Rights, Boston University School of Public

Health and Professor of Law, Boston University School of Law

42. Ku, Leighton, PhD, MPH, Professor, Department of Health Policy and Management, Director, Center for Health Policy Research, Milken Institute School of Public Health, The George Washington University

43. Lantz, Paula, PhD, James B. Hudak Professor of Health Policy, Professor of Public Policy, Gerald R. Ford School of Public Policy, Professor of Health Management and Policy, School of Public Health, University of Michigan

44. Law, Sylvia A., JD, Elizabeth K. Dollard Professor of Law, Medicine and Psychiatry, Emerita Co-Director, Arthur Garfield Hays Civil Liberties Program, NYU Law School

45. Levi, Jeffrey, PhD, Professor of Health Policy and Management, Milken Institute School of Public Health, The George Washington University

46. Mariner, Wendy K., JD, LLM, MPH, Professor Emerita, Health Law, Ethics and Human Rights, Boston University School of Public Health

47. Mason, Diana J., RN, PhD, FAAN, Senior Policy Service Professor, Center for Health Policy and Media Engagement, School of Nursing, The George Washington University

48. Michaels, David, PhD, MPH, Professor, Department of Environmental and Occupational Health, Milken

Institute School of Public Health, The George
Washington University

49.  Musumeci, MaryBeth, JD, Associate Teaching
     Professor, Milken Institute School of Public Health,
     The George Washington University

50.  Perreira, Krista M., PhD, Department of Social
     Medicine, UNC School of Medicine

51.  Peterson, Mark A., PhD, Professor of Public Policy,
     Political Science, and Law, Department of Public
     Policy, UCLA Meyer and Renee Luskin School of Public
     Affairs

52.  Pollack, Harold, PhD, Helen Ross Professor, Crown
     Family School of Social Work, Policy, and Practice, The
     University of Chicago

53.  Rimer, Barbara K., DrPH, MPH, Alumni Distinguished
     Professor, Dean Emerita, UNC Gillings School of
     Global Public Health

54.  Rosenblatt, Rand E., JD, Professor Emeritus, Rutgers
     University School of Law

55.  Rosenbaum, Sara, JD, Professor Emerita, Health Law
     and Policy, Department of Health Policy and
     Management, Milken Institute School of Public Health,
     The George Washington University

56.  Schneider, Andy, JD, Research Professor of the
     Practice, McCourt School of Public Policy, Georgetown
     University

57.  Seiler, Naomi, JD, Associate Professor, Department of
     Health Policy and Management, Milken Institute

School of Public Health, The George Washington
University

58.  Shin, Peter, PhD, MPH, Associate Professor and Geiger
     Gibson-RCHN Research Director, Department of
     Health Policy and Management, Milken Institute
     School of Public Health, The George Washington
     University

59.  Silberman, Pam, JD, DrPH, Professor Emerita,
     Director, Executive Doctoral Program in Health
     Leadership, Department of Health Policy and
     Management, UNC Gillings School of Global Public
     Health

60.  Siminoff, Laura A., PhD, Laura H. Carnell Professor of
     Public Health, Department of Social and Behavioral
     Sciences, Temple University

61.  Skinner, Daniel, PhD, Associate Professor of Health
     Policy, Ohio University

62.  Slifkin, Becky, PhD, Professor, Department of Health
     Policy and Management, UNC Gillings School of Global
     Health

63.  Stoltzfus Jost, Timothy, JD, Emeritus Professor,
     Washington and Lee University School of Law

64.  Swartz, Katherine, PhD, Professor of Health
     Economics and Policy, Harvard T.H. Chan School of
     Public Health

65.  Teitelbaum, Joel, JD, LLM, Professor of Health Policy
     and Law, Director, Hirsh Health Law and Policy
     Program, Co-Director, National Center for Medical-
     Legal Partnership, The George Washington University

66.  Vermund, Sten H., MD, PhD, Anna M.R. Lauder
     Professor of Public Health, Yale School of Public

Health, and Professor of Pediatrics, Yale School of Medicine

67.   Vyas, Amita N., PhD, MHS, Associate Professor, Director, Maternal & Child Health Program, Milken Institute School of Public Health, The George Washington University

68.   Wasserman, Alan G., MD, MACP, Eugene Meyer Professor, Senior Academic Advisor to the Dean, Department of Medicine, The George Washington School of Medicine and Health Sciences

69.   Westmoreland, Timothy M., JD, Professor from Practice, Emeritus, Georgetown University School of Law

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the above document was filed and served on April 28, 2023, via ECF upon counsel of record for the parties. I further certify that a copy of this brief was served on Christopher M. Lynch, counsel for U.S. Department of Justice, via United States mail.

*/s/ Andrew J. Pincus*
Andrew J. Pincus

13

**CERTIFICATIONS UNDER ECF FILING STANDARDS**

Pursuant to paragraph A(6) of this Court's ECF Filing Standards, I hereby certify that (1) required privacy redactions have been made, 5th Cir. R. 25.2.13; (2) the electronic submission is an exact copy of the paper document, 5th Cir. R. 25.2.1; and (3) the document has been scanned for viruses with the most recent version of a commercial virus scanning program and is free of viruses.

*/s/ Andrew J. Pincus*
Andrew J. Pincus

## CERTIFICATE OF COMPLIANCE

1.    This motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27(d)(2) because this motion contains 352 words, excluding the parts of the motion exempted by Federal Rule of Appellate Procedure 32(f).

2.    This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this brief has been prepared in 14-point Century Schoolbook font.

Dated: April 28, 2023

*/s/ Andrew J. Pincus*
Andrew J. Pincus