No. 23-10326

# In the United States Court of Appeals for the Fifth Circuit

BRAIDWOOD MANAGEMENT INC., *et al.*,
*Plaintiffs-Appellees/Cross-Appellants*,

v.

XAVIER BECERRA, *in his official capacity as*
SECRETARY OF HEALTH AND HUMAN SERVICES, *et al.*
*Defendants-Appellants/Cross-Appellees*.

On Appeal from the United States District Court
for the Northern District of Texas, Fort Worth Division
Trial Court No. 4:20-CV-283

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE* AMERICAN MEDICAL ASSOCIATION, AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS, SOCIETY FOR MATERNAL-FETAL MEDICINE, AMERICAN ACADEMY OF PEDIATRICS, AMERICAN MEDICAL WOMEN'S ASSOCIATION, AMERICAN ACADEMY OF FAMILY PHYSICIANS, NATIONAL MEDICAL ASSOCIATION, INFECTIOUS DISEASES SOCIETY OF AMERICA, AMERICAN COLLEGE OF CHEST PHYSICIANS, AMERICAN THORACIC SOCIETY, NATIONAL HISPANIC MEDICAL ASSOCIATION, AND AMERICAN SOCIETY OF CLINICAL ONCOLOGY IN SUPPORT OF DEFENDANTS-APPELLANTS' MOTION FOR A PARTIAL STAY OF FINAL JUDGMENT PENDING APPEAL**

(*Counsel listed on following page*)

Madeline H. Gitomer
    *Counsel of Record*
Jeffrey B. Dubner
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 448-9090

*Counsel for Proposed Amici*

Pursuant to Federal Rule of Appellate Procedure 29 and Fifth Circuit Rule 29, Proposed *Amici* move for leave to file the attached brief in support of Defendants-Appellants' motion for partial stay pending appeal.

Proposed *Amici* are medical associations and societies that represent practicing physicians who provide vital preventive health care services to millions of patients. Specifically, Proposed *Amici* include:

The **American Medical Association** is the largest professional association of physicians, residents, and medical students in the United States. Additionally, through state and specialty medical societies and other physician groups seated in its House of Delegates, substantially all physicians, residents, and medical students in the United States are represented in the AMA's policy-making process. Founded in 1847, the AMA promotes the art and science of medicine and the betterment of public health, and these remain its core purposes. The AMA's members practice in every medical specialty and in every state. The AMA joins this brief on its own behalf and as a representative of the Litigation Center of the American Medical Association and the State Medical

Societies. The Litigation Center is a coalition among the AMA and the medical societies of each state and the District of Columbia. Its purpose is to represent the viewpoint of organized medicine in the courts.

The **American College of Obstetricians and Gynecologists** is the nation's leading group of physicians providing health care for women. With more than 62,000 members, ACOG advocates for quality health care for women, maintains the highest standards of clinical practice and continuing education of its members, and is committed to ensuring access to the full spectrum of evidence-based quality reproductive health care, including abortion care. ACOG's briefs and medical practice guidelines have been cited by numerous authorities, including the U.S. Supreme Court, as a leading provider of authoritative scientific data regarding childbirth and abortion.

The **Society for Maternal-Fetal Medicine**, founded in 1977, is the medical professional society for maternal-fetal medicine subspecialists, who are obstetricians with additional training in high-risk pregnancies. SMFM represents more than 5,500 members who care for high-risk pregnant people and provides education, promotes research, and engages in advocacy to advance optimal and equitable

perinatal outcomes for all people who desire and experience pregnancy. SMFM and its members are dedicated to ensuring patients have access to preventive health care services to keep them healthy before, during, and after pregnancy.

The **American Academy of Pediatrics** was founded in 1930 and is a national, not-for-profit professional organization dedicated to furthering the interests of child and adolescent health. Since AAP's inception, its membership has grown from 60 physicians to over 67,000 primary care pediatricians, pediatric medical subspecialists, and pediatric surgical specialists. Over the past 90 years, AAP has become a powerful voice for child and adolescent health through education, research, advocacy, and the provision of expert advice. Among other things, AAP has worked with the federal and state governments, health care providers, and parents on behalf of America's children and adolescents to ensure the availability of effective preventive services.

The **American Medical Women's Association** is the oldest multi-specialty organization for women in medicine. Founded in 1915, AMWA's mission is to advance women in medicine, advocate for equity, and ensure excellence in health care. This is achieved by providing and

developing programs in advocacy, leadership, education, and mentoring. AMWA and its members are dedicated to ensuring excellence in clinical care for all Americans.

Founded in 1947, the **American Academy of Family Physicians** is one of the largest national medical organizations, representing 127,600 family physicians and medical students nationwide. AAFP seeks to improve the health of patients, families, and communities by advocating for the health of the public and by supporting its members in providing continuous comprehensive health care to all.

The **National Medical Association** is the collective voice of African American physicians and the leading force for parity and justice in medicine and the elimination of disparities in health. The NMA is the largest and oldest national organization representing African American physicians (over 50,000) and their patients in the United States. NMA is committed to improving the quality of health among minorities and disadvantaged people through its membership, professional development, community health education, advocacy, research and partnerships with federal and private agencies. Throughout its history

the National Medical Association has focused primarily on health issues related to African Americans and medically underserved populations; however, its principles, goals, initiatives, and philosophy encompass all ethnic groups.

The **Infectious Diseases Society of America** is a community of over 12,000 physicians, scientists, and public health experts who specialize in infectious diseases. Its purpose is to improve the health of individuals, communities, and society by promoting excellence in patient care, education, research, public health, and prevention relating to infectious diseases.

The **American Thoracic Society** is the world's leading medical society dedicated to accelerating the advancement of global respiratory health through multidisciplinary collaboration, education, and advocacy. Core activities of the society's more than 16,000 members are focused on leading scientific discoveries, advancing professional development, impacting global health, and transforming patient care. Key areas of member focus include developing clinical practice guidelines, hosting the annual International Conference, publishing four peer-reviewed journals, advocating for improved respiratory health

globally, and developing an array of patient education and career development resources.

The **American College of Chest Physicians** (CHEST) is the global leader in advancing best patient outcomes through innovative chest medicine education, clinical research, and team-based care. With more than 21,000 members representing more than 100 countries around the world, its mission is to champion the prevention, diagnosis, and treatment of chest diseases through education, communication, and research. As such, CHEST invests resources directly in developing clinical guidance aimed at enabling the diagnosis and treatment of diseases and advocates for the implementation of policies best designed to promote disease prevention and improve public health.

The **National Hispanic Medical Association** was established in 1994 and is a non-profit association representing the interests of more than 50,000 licensed Hispanic physicians in the United States. Its mission is to empower Hispanic physicians in their efforts to improve the health of underserved populations, including increasing access to preventive health services.

The **American Society of Clinical Oncology** (ASCO) is a national organization representing more than 45,000 physicians and other health care professionals specializing in cancer treatment, diagnosis, and prevention. ASCO is committed to ensuring that equitable, evidence-based practices for the prevention, diagnosis, and treatment of cancer are available to all Americans.

## ARGUMENT

Collectively, Proposed *Amici* represent hundreds of thousands of American physicians and other health professionals. Proposed *Amici* submit the attached brief to express that without a partial stay pending appeal, the district court's decision could significantly jeopardize the coverage of preventive health care services for millions of Americans and reverse positive trends in patient health achieved by the early detection and treatment of diseases and other medical conditions. As professional organizations representing physicians across the country, Proposed A*mici* know the value of preventive care services, such as colonoscopies and mammograms, in helping their patients to live long, healthy lives. Proposed *Amici* therefore seek to file this brief to provide a medical perspective on the issues in this case, with a specific focus on

the importance of eliminating financial barriers to accessing preventive care.

Whether to grant a motion for leave to participate as *amicus curiae* is within the Court's discretion. *Richardson v. Flores*, 979 F.3d 1102, 1106 (5th Cir. 2020); *see also, e.g.*, *United States v. Gozes-Wagner*, 977 F.3d 323, 345 (5th Cir. 2020) (noting court's "broad discretion" to consider "amici's additional arguments"). Courts typically grant leave to file as amicus curiae when amici demonstrate sufficient interest in a case and their brief is relevant to the issues raised in the case. *See Neonatology Assocs., P.A. v. Comm'r of Internal Revenue*, 293 F.3d 128, 129 (3d Cir. 2002) (Alito, J.) (granting leave to file amicus brief where "amici have a sufficient 'interest' in the case and . . . their brief is 'desirable' and discusses matters that are 'relevant to the disposition of the case'" (quoting Fed. R. App. P. 29(a)(3)); *Lefebure v. D'Aquilla*, 15 F.4th 670, 676 (5th Cir. 2021) (Ho, J.) ("[W]e would be 'well advised to grant motions for leave to file amicus briefs unless it is obvious that the proposed briefs do not meet Rule 29's criteria as broadly interpreted.'" (quoting *Neonatology Assoc.*, 293 F.3d at 133)).

The Court should grant *Proposed Amici's* motion for leave because the proposed brief is timely and useful. **First**, it is timely because it is filed "no later than 7 days after the principal brief of the party being supported is filed" concerning the issue of remedy. Fed. R. App. P. 29(a)(6). It is also filed prior to the deadline for the opposing parties' reply brief and, as noted below, the opposing parties have indicated that they consent to its filing.

**Second**, the brief may be useful to the Court because it provides scientific and medical information not present in the parties' briefs. Specifically, it provides a physician's perspective on the importance of preventive care, how financial barriers can discourage the use of preventive care, how the ACA substantially alleviated those barriers, and how the district court's decision could result in millions of Americans losing access to or forgoing preventive care. This information is highly relevant to how the balance of the equities and the public interest weigh in favor of a partial stay of the decision below.

Counsel for Proposed *Amici* has consulted with the parties' counsel. Plaintiff-Appellees and Defendants-Appellants have consented to this motion and to the filing of the attached *amicus curiae brief*.

Pursuant to the Pursuant to Federal Rule of Appellate Procedure 29(a)(4)(E), Proposed *Amicus* states that no counsel for any party authored the proposed brief in whole or in part, and no person or entity, other than *amicus* and its counsel, made a monetary contribution intended to fund the preparation or submission of this brief.

Accordingly, Proposed A*mici* respectfully request that the Court grant leave to file the attached proposed brief.

Dated: April 28, 2023

Respectfully submitted,

s/ Madeline H. Gitomer

Madeline H. Gitomer
  *Counsel of Record*
Jeffrey B. Dubner
**DEMOCRACY FORWARD**
 **FOUNDATION**
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 448-9090
mgitomer@democracyforward.org

*Counsel for Proposed* Amici

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f) and 5th Cir. R. 32(b), this document contains 1659 words according to the word count function of Microsoft Word 365.

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 365 in 14-point Century Schoolbook font.

s/ Madeline H. Gitomer
Madeline H. Gitomer
Date: April 28, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2023, a true and accurate copy of the foregoing motion was electronically filed with the Court using the CM/ECF system. Service on counsel for all parties will be accomplished through the Court's electronic filing system.

s/ Madeline H. Gitomer

Madeline H. Gitomer

Date: April 28, 2023
