No. 23-10326

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

BRAIDWOOD MANAGEMENT, INC.; JOHN SCOTT KELLEY; KELLEY ORTHODONTICS; ASHLEY MAXWELL; ZACH MAXWELL; JOEL STARNES,

*Plaintiffs-Appellees/Cross-Appellants*,

v.

XAVIER BECERRA, Secretary, U.S. Department of Health and Human Services, in his official capacity as Secretary of Health and Human Services; UNITED STATES OF AMERICA; JANET YELLEN, Secretary, U.S. Department of Treasury, in her official capacity as Secretary of the Treasury; JULIE A. SU, Acting Secretary, U.S. Department of Labor, in her official capacity as Secretary of Labor,

*Defendants-Appellants/Cross-Appellees.*

On Appeal from the United States District Court, Northern District of Texas
Case No. 4:20-cv-00283-O

**SERVICE EMPLOYEES INTERNATIONAL UNION'S UNOPPOSED MOTION TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF DEFENDANTS-APPELLANTS' MOTION FOR A PARTIAL STAY OF FINAL JUDGMENT PENDING APPEAL**

Barbara J. Chisholm*
Connie K. Chan
Corinne F. Johnson*
Altshuler Berzon LLP
177 Post St., Ste. 300
San Francisco, CA 94108
(415) 421-7151
cchan@altshulerberzon.com

*Counsel for Proposed Amicus Curiae Service Employees International Union*

*Application for admission to be filed

# CERTIFICATE OF INTERESTED PERSONS

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal.

**Plaintiffs-Appellees**

Braidwood Management, Inc.
John Scott Kelley
Kelley Orthodontics
Ashley Maxwell
Zach Maxwell
Joel Starnes

**Counsel for Plaintiffs-Appellees**

Jonathan F. Mitchell
MITCHELL LAW PLLC

Gene P. Hamilton
AMERICA FIRST LEGAL FOUNDATION

H. Dustin Fillmore III
Charles W. Fillmore
THE FILLMORE LAW FIRM, LLP

**Defendants-Appellants**

Xavier Becerra, in his official capacity as Secretary of the U.S. Department of Health and Human Services

United States of America

Janet Yellen, in her official capacity as Secretary of the U.S. Department of Treasury

Julie A. Su, in her official capacity as Acting Secretary of the U.S. Department of Labor

**Counsel for Defendants-Appellants**

Daniel J. Aguilar
Alisa Beth Klein
Christopher M. Lynch
Jordan L. Von Bokern
U.S. Department of Justice

Brian Walters Stoltz
U.S. Attorney's Office, Northern District of Texas

**District Court Amici Curiae**

The American Cancer Society
American Cancer Society Cancer Action Network
American Kidney Fund
American Lung Association
Arthritis Foundation
Cancercare
Cancer Support Community
Cystic Fibrosis Foundation
Epilepsy Foundation
Hemophilia Federation of America
Leukemia And Lymphoma Society
National Minority Quality Forum
National Multiple Sclerosis Society
National Patient Advocate Foundation
The Aids Institute
Womenheart
American Medical Association
American College of Obstetricians and Gynecologists
Society For Maternal-Fetal Medicine
American Academy of Pediatrics

American Medical Women's Association
American Academy of Family Physicians
National Medical Association
Infectious Diseases Society of America
Illinois
California
Colorado
Connecticut
Delaware
The District of Columbia
Hawaii
Maine
Maryland
Massachusetts
Michigan
Nevada
New Jersey
New Mexico
New York
North Carolina
Oregon
Pennsylvania
Rhode Island
Vermont
Washington
The American Public Health Association
The Association of American Medical Colleges
Sherry Glied, PhD
Lynn R. Goldman, MD, MPH, MS
Adnan A. Hyder, MD, MPH, PhD
Boris D. Lushniak, MD, MPH
John T. Monahan, JD
Jane Hyatt Thorpe, JD
Anne Markus, PhD, MHS, JD
Maureen Byrnes, MPA
David M. Frankford, JD
Katie B. Horton, JD, MPH, RN
Nicole Huberfeld, JD
Renée M. Landers, JD

Jeffrey Levi, PhD
Wendy Mariner, JD, LLM, MPH
Wendy E. Parmet, JD
Sara Rosenbaum, JD
William M. Sage, MD, JD
Naomi Seiler, JD
Timothy Stoltzfus Jost, JD
Katherine Swartz, PhD

**Counsel for District Court Amici Curiae**

Mary P. Rouvelas Beth
AMERICAN CANCER SOCIETY
CANCER ACTION NETWORK

Beth Bivans Petronio
Adam S. Cooper
Gretchen P. Mahoney
K&L GATES LLP

John T. Lewis
DEMOCRACY FORWARD FOUNDATION

Rob Bonta, Attorney General of California
William Tong, Attorney General of Connecticut
Karl A. Racine, Attorney General for the District of Columbia
Aaron Frey, Attorney General of Maine
Maura Healey, Attorney General of Massachusetts
Aaron D. Ford, Attorney General of Nevada
Hector Balderas, Attorney General of New Mexico
Joshua H. Stein, Attorney General of North Carolina
Philip Weiser, Attorney General of Colorado
Kathleen Jennings, Attorney General of Delaware
Holly T. Shikada, Attorney General of Hawai'i
Brian E. Frosh, Attorney General of Maryland
Dana Nessel, Attorney General of Michigan
Ellen F. Rosenblum, Attorney General of Oregon
Andrew J. Bruck, Acting Attorney General of New Jersey
Letitia A. James, Attorney General of New York

Josh Shapiro, Attorney General of Pennsylvania
Thomas J. Donovan, Jr., Attorney General of Vermont
Peter F. Neronha, Attorney General Of Rhode Island
Robert W. Ferguson, Attorney General of Washington

Kaylynn Webb
Michael W. Weaver
MCDERMOTT WILL & EMERY LLP

**Proposed Appellate Amicus Curiae and Counsel**

Service Employees International Union

Barbara J. Chisholm
Connie K. Chan
Corinne F. Johnson
ALTSHULER BERZON LLP

Dated: April 28, 2023        _s/ Connie K. Chan_
                              Connie K. Chan
                              *Counsel for Proposed Amicus Curiae SEIU*

.

# INTRODUCTION

Service Employees International Union ("SEIU") respectfully requests permission to file the accompanying amicus curiae brief in support of Defendants-Appellants' motion for a partial stay pending appeal. *See* Fed. R. App. P. 29. SEIU has contacted counsel for all parties. Defendants-Appellants and Plaintiffs-Appellees consent to SEIU's request to file an amicus brief. Given the urgent nature of Defendants-Appellants' motion for a stay, SEIU respectfully requests that the Court rule on SEIU's amicus motion in time for the Court to consider SEIU's proposed amicus brief when deciding Defendants-Appellants' motion.

# INTERESTS OF AMICUS CURIAE

SEIU is a labor union of approximately two million working men and women in a range of industries across the United States. SEIU is deeply committed to ensuring that all working people, including SEIU members and their families, have access to comprehensive, affordable healthcare. Many of the workers SEIU represents have employer-sponsored health insurance plans that are subject to the Employee Retirement Income Security Act ("ERISA"). Their rights to preventative care services under those plans are jeopardized by the district court's judgment in this case. In addition, SEIU's affiliated local unions include the Committee of Interns and Residents ("CIR"), which represents more than 24,000 resident physicians, fellows, and interns who are dedicated to improving

residency training and education, advancing patient care, and expanding healthcare access for all communities. Through their training and work experiences, CIR members have first-hand knowledge of the importance of the preventative care services at issue in this case.

## THE PROPOSED AMICUS BRIEF WOULD ASSIST THE COURT IN DECIDING THIS MATTER

SEIU respectfully submits that its proposed amicus brief would assist the Court in evaluating and deciding Defendants-Appellants' motion for a partial stay of the district court's nationwide judgment. *See* Fed. R. App. P. 29(a)(3). That judgment impacts the healthcare of millions of Americans because it enjoins Defendants-Appellants from taking any action to enforce or implement the requirement that health insurance plans provide preventative care services recommended by the Preventive Services Task Force without cost, *see* 42 U.S.C. §300gg-13(a)(1), and vacates all prior defendant agency action doing the same.

An amicus brief "should normally be allowed" when "the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide" or "when a party is not represented competently or is not represented at all." *In re Halo Wireless, Inc.*, 684 F.3d 581, 596 (5th Cir. 2012) (quotation omitted). Both of those conditions are met here.

First, SEIU's proposed brief provides unique information and perspective from front line medical professionals who witness daily the importance of the

preventative healthcare services at issue in this case and who are best positioned to anticipate the dire consequences—for patients and society as a whole—of making these services inaccessible. The information and analysis offered by SEIU's brief is highly relevant to the Court's assessment of the public interest and its balancing of the equities, factors that must be considered in determining whether to grant a stay pending appeal. *See Planned Parenthood of Greater Tex. Surgical Health Servs. v. Abbott*, 734 F.3d 406, 410 (5th Cir. 2013). The information, which is based primarily on the personal knowledge and experiences of healthcare professionals, is not repetitive of any other party's briefing. SEIU's proposed brief is therefore consistent with Fifth Circuit Rule 29.2, because it "avoid[s] the repetition of facts or legal arguments contained in the principal brief and … focus[es] on points … not adequately discussed" therein.

Second, the nationwide judgment entered by the district court will affect more than 130 million employees and their beneficiaries who rely on employer-sponsored health plans and who have an independently enforceable right under ERISA to the cost-free provision of the preventative services at issue in this case. *See* 29 U.S.C. §§1132(a)(1)(B), (3), 1185d; 42 U.S.C. §300gg-13. Many of those affected workers are SEIU members. Yet the interests of employees and their families in retaining access to preventative care services are not adequately represented in this case by the agency Defendants-Appellants. *See Texas v. Dep't*

*of Labor*, 929 F.3d 205, 211 (5th Cir. 2019) (rejecting argument that agency defending its challenged agency action adequately represented the interests of individual employees relying on that action). Permitting SEIU's amicus brief filed on behalf of its members is appropriate to ensure that those employees' interests are adequately presented to the Court.

For both of those reasons, SEIU respectfully requests leave to file the attached amicus brief.

| | |
|---|---|
| Dated: April 28, 2023 | Respectfully submitted, |
| | *s/ Connie K. Chan*<br>Connie K. Chan |
| | Barbara J. Chisholm*<br>Connie K. Chan<br>Corinne F. Johnson*<br>Altshuler Berzon LLP<br>177 Post St., Ste. 300<br>San Francisco, CA 94108<br>(415) 421-7151<br>cchan@altshulerberzon.com |
| | *Counsel for Proposed Amicus Curiae SEIU* |
| | *Application for admission to be filed |

# **CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 741 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f). This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

Dated: April 28, 2023          *s/ Connie K. Chan*
                               Connie K. Chan
                               *Counsel for Proposed Amicus Curiae SEIU*

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing to be e-filed with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system on April 28, 2023. I further certify that the participants in the case are CM/ECF users and that service will be accomplished by using the appellate CM/ECF system.

I further certify that: (1) any required privacy redactions have been made, 5th Cir. R. 25.2.13; (2) the electronic submission is an exact copy of the paper document, 5th Cir. R. 25.2.1; and (3) the document has been scanned with the most recent version of a commercial virus scanning program and is free of viruses.

Dated: April 28, 2023

*s/ Connie K. Chan*
Connie K. Chan
*Counsel for Proposed Amicus Curiae SEIU*