# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 01, 2023

Ms. Beth Bivans Petronio
K & L Gates, L.L.P.
1717 Main Street
Suite 2800
Dallas, TX 75201

        No. 23-10326    Braidwood Mgmt v. Becerra
                        USDC No. 4:20-CV-283

Dear Ms. Petronio,

The following pertains to your electronically filed appearance
form.

We have received your Notice of Appearance Form, but did **NOT** enter
your appearance, as you used an outdated form.  You must use the
revised Notice of Appearance Form (DKT-5A, Revised February 2017),
available on the court's website (www.ca5.uscourts.gov) under
Forms, Fees & Guides.  The Notice of Appearance Form is now
available to the public, and the revised form protects the
confidential information of counsel, as it eliminates the
requirement for an attorney to include the date of birth and the
last four digits of a social security number.  It is vital that
you complete and file the revised form to enter an appearance in
this case.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Linda B. Miles, Deputy Clerk
                        504-310-7793