# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court.* **Each attorney representing a party must complete a separate form.** *(COMPLETE ENTIRE FORM).*

Fifth Cir. Case NO. 23-10326

Braidwood Management, Inc., et al. vs. Xavier Becerra, et al.

(Short Title)

The Clerk will enter my appearance as Counsel for See attachment

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT** ☐ Petitioner(s)   ☐ Respondent(s)   ☑ Amicus Curiae

☐ Appellant(s)   ☐ Appellee(s)   ☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

Beth Petronio

(Signature)

beth.petronio@klgates.com

(e-mail address)

/s/ Beth Petronio

(Type or print name)

TX00797664

(State/Bar No.)

(Title, if any)

K&L Gates LLP

(Firm or Organization)

Address 1717 Main Street, Suite 2800

City & State Dallas, TX                    Zip 75230

Primary Tel. 214.939.5815     Cell Phone: 214.707.5022

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** Beth Petronio

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.

B. Inquiry of Counsel. To your knowledge:

(1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?   ☐ Yes   ☑ No

(2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?   ☐ Yes   ☑ No

(3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?   ☐ Yes   ☑ No

(4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case_____

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:

Name of Court or Agency_____

Status of Appeal (if any)_____

Other Status (if not appealed)_____

**NOTE: Attach sheet to give further details.**                    DKT-5A REVISED January 2022

Parties Represented:


AMERICAN CANCER SOCIETY

AMERICAN CANCER SOCIETY CANCER ACTION NETWORK

AMERICAN KIDNEY FUND

ARTHRITIS FOUNDATION

CANCER*CARE*

CANCER SUPPORT COMMUNITY

CYSTIC FIBROSIS FOUNDATION

EPILEPSY FOUNDATION

HEMOPHILIA FEDERATION OF AMERICA

LEUKEMIA AND LYMPHOMA SOCIETY

NATIONAL MINORITY QUALITY FORUM

NATIONAL PATIENT ADVOCATE FOUNDATION

THE AIDS INSTITUTE

WOMENHEART