# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 01, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-10326   Braidwood Mgmt v. Becerra
                  USDC No. 4:20-CV-283

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686

Mr. Daniel J. Aguilar
Mr. Charles William Fillmore
Ms. Madeline Gitomer
Mr. Gene Patrick Hamilton
Ms. Alisa Beth Klein
Mr. Christopher M. Lynch
Mr. Jonathan F. Mitchell
Mr. Andrew John Pincus
Mr. Michael S. Raab
Mr. Nicolas Sansone
Mr. Brian Walters Stoltz