# United States Court of Appeals
# for the Fifth Circuit

_____

No. 23-10326
_____

Braidwood Management, Incorporated; John Scott Kelley; Kelley Orthodontics; Ashley Maxwell; Zach Maxwell; Joel Starnes,

*Plaintiffs—Appellees/Cross-Appellants*,

*versus*

Xavier Becerra, *Secretary, U.S. Department of Health and Human Services, in his official capacity as Secretary of Health and Human Services*; United States of America; Janet Yellen, *Secretary, U.S. Department of Treasury, in her official capacity as Secretary of the Treasury*; Julie A. Su, *Acting Secretary, U.S. Department of Labor, in his official capacity as Secretary of Labor*,

*Defendants—Appellants/Cross-Appellees.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:20-CV-283

_____

ORDER:

IT IS ORDERED that the unopposed motion filed by American Lung Association, Adult Vaccine Access Coalition, American Heart Association, Campaign for Tobacco-Free Kids, GO2 for Lung Cancer,

No. 23-10326

LUNGevity Foundation, Public Citizen and Truth Initiative Foundation for leave to file brief as *amici curiae* is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion filed by American Public Health Association and Public Health Deans and Scholars for leave to file brief as *amici curiae* is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion filed by American Medical Association, American College of Obstetricians and Gynecologists, Society for Maternal-Fetal Medicine, American Academy of Pediatrics, American Medical Women's Association, American Academy of Family Physicians, National Medical Association, Infectious Diseases Society of America, American Thoracic Society, American College of Chest Physicians, National Hispanic Medical Association and American Society of Clinical Oncology for leave to file brief as *amici curiae* is GRANTED.

*Leslie H. Southwick*

_____

Leslie H. Southwick
*United States Circuit Judge*