# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 01, 2023

Ms. Beth Bivans Petronio
K & L Gates, L.L.P.
1717 Main Street
Suite 2800
Dallas, TX 75201

    No. 23-10326    Braidwood Mgmt v. Becerra
                    USDC No. 4:20-CV-283

Dear Ms. Petronio,

We are taking no action on your amici curiae brief. You must submit a motion seeking leave to file along with your amici brief, see FED. R. APP. P. 29(a)(3). Note: Amici briefs in support of motions require leave of Court.

Also, the amici brief requires a certificate of interested persons, see 5TH CIR. R. 27.4. Please be sure to include this in the amici brief attached to the motion.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Mary Frances Yeager, Deputy Clerk
                    504-310-7686

cc:  Mr. Daniel J. Aguilar
     Mr. Charles William Fillmore
     Ms. Madeline Gitomer
     Mr. Gene Patrick Hamilton
     Ms. Alisa Beth Klein
     Mr. Christopher M. Lynch
     Mr. Jonathan F. Mitchell
     Mr. Andrew John Pincus

Mr. Michael S. Raab
Mr. Nicolas Sansone
Mr. Brian Walters Stoltz
Ms. Allison M. Zieve