No. 23-10326

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Braidwood Management, Inc., et al.,

*Plaintiffs-Appellees*,

*v.*

Xavier Becerra, et al.,

*Defendants-Appellants*

On Appeal from the United States District Court for the
Northern District of Texas, Fort Worth Division

**UNOPPOSED MOTION OF THE AMERICAN CANCER SOCIETY, AMERICAN CANCER SOCIETY CANCER ACTION NETWORK, AMERICAN KIDNEY FUND, ARTHRITIS FOUNDATION, CANCER*CARE*, CANCER SUPPORT COMMUNITY, CYSTIC FIBROSIS FOUNDATION, EPILEPSY FOUNDATION, HEMOPHILIA FEDERATION OF AMERICA, LEUKEMIA AND LYMPHOMA SOCIETY, NATIONAL MINORITY QUALITY FORUM, NATIONAL MULTIPLE SCLEROSIS SOCIETY, NATIONAL PATIENT ADVOCATE FOUNDATION, THE AIDS INSTITUTE, AND WOMENHEART FOR LEAVE TO FILE BRIEF *AMICI CURIAE* IN SUPPORT OF APPELLANTS' MOTION FOR PARTIAL STAY OF JUDGMENT PENDING APPEAL**

Movants, through undersigned counsel, and pursuant to Fed. R. Civ. P. 7, Fed. R. App. P. 29(a), and Rule 29 of the local rules of this Court, move for leave to file the attached brief *amici curiae* in support of Defendants' Motion for Partial Stay of Judgment Pending Appeal.

Counsel for all parties have consented to this Motion and to the filing of the attached brief *amici curiae*. This brief is being filed timely within seven days of Defendants' Motion for Partial Stay of Judgment Pending Appeal, the same amount of time allowed for an *amici curiae* brief under the Federal Rules of Appellate Procedure, Fed. R. App. P. 29(a)(6) and local rule 29.1 of this Court.

Movants The American Cancer Society (ACS), American Cancer Society Cancer Action Network (ACS CAN), American Kidney Fund (AKF), Arthritis Foundation, CancerCare, Cancer Support Community (CSC), Cystic Fibrosis Foundation, Epilepsy Foundation, Hemophilia Federation of America, Leukemia and Lymphoma Society (LLS), National Minority Quality Forum (NMQF), National Multiple Sclerosis Society, National Patient Advocate Foundation, The AIDS Institute, and WomenHeart are among the largest and most prominent nonpartisan, nonprofit organizations representing the interests of patients, survivors, and families affected by the widespread chronic conditions of cancer, diabetes, heart disease, stroke, lung disease, and Multiple Sclerosis (MS), respectively. These conditions result in a significant portion of the nation's health care spending. Movants are

exempt from federal income taxation under either 26 U.S.C. § 501(c)(3) or 26 U.S.C. § 501(c)(4).

## I. THE *AMICI CURIAE* BRIEF PROVIDES HELPFUL INFORMATION TO SUPPLEMENT APPELLANTS' MOTION FOR PARTIAL STAY OF JUDGMENT PENDING APPEAL.

Movants' *amici curiae* brief, submitted with this Motion, supports the position of the Appellants. However, movants' brief provides additional information and context that movants believe will be relevant and helpful to the court in making its decision. The brief discusses specific preventive services that will be affected by the District Court's March 30 order, and the adverse impact imposing cost-sharing is likely to have on patients' use of these services.

## II. THE ACCEPTANCE OF BRIEFS *AMICUS CURIAE* HAS BEEN FOUND USEFUL IN CASES SUCH AS THIS.

Under Fed. R. App. P. 29, United States Courts of Appeals have broad discretion to accept *amicus* filings. *Amicus* filings should be allowed when "the proffered information is timely and useful or otherwise necessary to the administration of justice." *United States ex rel. Long v. GSD & M Idea City LLC*, 2014 WL 11321670, at *4 (N.D. Tex. Aug. 8, 2014) (quoting *Does 1–7 v. Round Rock Indep. Sch. Dist.*, 540 F.Supp.2d 735, 738 n.2 (W.D.Tex.2007)). For the reasons stated above, particularly in bringing to the attention of the Court important context surrounding the preventive care recommendations made by the U.S. Preventive Services Task Force (USPSTF) pursuant to the Affordable Care Act's

preventive services requirement and the implications of declaring such recommendations and their implementation unlawful, this *amici* brief will inform the Court's effort to resolve the question before it.

Given the nationwide significance of this case, and its profound implications for all Americans, movants respectfully request leave to file the accompanying brief *amici curiae* in support of Appellants' Motion for Partial Stay of Judgment Pending Appeal.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | */s/ Beth Petronio* |
| MARY P. ROUVELAS | BETH PETRONIO |
| Managing Counsel & | Texas Bar No. 00797664 |
| Legal Advocacy Director | ADAM S. COOPER |
| AMERICAN CANCER SOCIETY | Texas Bar No. 24105622 |
| CANCER ACTION NETWORK | GRETCHEN P. MAHONEY |
| 655 15th Street NW, Suite 503 | Texas Bar No. 24131481 |
| Washington, DC 20005 | K&L GATES LLP |
| (703) 727-8500 | 1717 Main Street, Suite 2800 |
| Mary.Rouvelas@cancer.org | Dallas, Texas 75201 |
|  | (214) 939-5500 |
|  | Beth.Petronio@klgates.com |
|  | Adam.Cooper@klgates.com |
|  | Gretchen.Mahoney@klgates.com |
|  |  |
|  | JOHN LONGSTRETH |
|  | BRIAN HOPKINS |
|  | K&L GATES LLP |
|  | 1601 K Street, N.W. |
|  | Washington, DC 20006 |
|  | (202) 778-9000 |
|  | John.Longstreth@klgates.com |
|  | Brian.Hopkins@klgates.com |
| May 2, 2023 | *Counsel for All Amici Curiae* |

## CERTIFICATE OF CONFERENCE

I certify that counsel for *Amici* conferred with counsel for Appellants and Appellees regarding the relief requested in this motion, and no party opposes the relief requested.

/s/ Beth Petronio
BETH PETRONIO

## CERTIFICATE OF SERVICE

I certify that a copy of this motion and its attachments were served, via the Court's CVM/ECF Document Filing System, on all counsel of record who have appeared in this case on May 2, 2023. I further certify that a copy of this motion and its attachments were served on Christopher M. Lynch, counsel for U.S. Department of Justice, via United States mail.

/s/ Beth Petronio
BETH PETRONIO

## CERTIFICATE OF COMPLIANCE

This document complies with the word limit established by Fed. R. App. P. 27(d)(2). This document contains 917 words.

In accordance with Fed. R. App. P. 27(d)(1)(E), this document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6). This motion has been prepared in a proportionally spaced typeface using Microsoft Word in 14 point, Times New Roman.

/s/ Beth Petronio
BETH PETRONIO