IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| BRAIDWOOD MANAGEMENT, INC., *et al.*,<br><br>        Plaintiffs-Appellees/Cross-Appellants,<br><br>    v.<br><br>XAVIER BECERRA, *et al.*,<br><br>        Defendants-Appellants/Cross-Appellees. | No. 23-10326 |

**CONSENT MOTION TO FILE BRIEF AS AMICI CURIAE**

The American Hospital Association, Federation of American Hospitals, The Catholic Health Association of the United States, America's Essential Hospitals, and the Association of American Medical Colleges move to submit the attached brief as *amici curiae* in support of the Government's pending partial-stay motion. All parties to this case consent to the brief.

1.    The American Hospital Association (AHA) represents nearly 5,000 hospitals, healthcare systems, and other healthcare organizations. AHA members are committed to improving the health of the communities they serve and to helping ensure that care is available to and affordable for all Americans.

The Federation of American Hospitals is the national representative of more than 1,000 tax-paying community hospitals and health systems throughout the

1

United States. Dedicated to a market-based philosophy, the Federation provides representation and advocacy on behalf of its members.

The Catholic Health Association (CHA) is the national leadership organization for the Catholic health ministry. CHA works to advance the ministry's commitment to a just, compassionate health care system that protects life and advocates for a health care system that is available and accessible to everyone, paying special attention to underserved populations.

America's Essential Hospitals is dedicated to equitable, high-quality care for all people, including those who face social and financial barriers to care. Consistent with this safety net mission, the association's more than 300 members provide a disproportionate share of the nation's uncompensated care, with three-quarters of their patients uninsured or covered by Medicare or Medicaid.

The Association of American Medical Colleges is a nonprofit association dedicated to improving the health of people everywhere through medical education, health care, medical research, and community collaborations. Its members include all 157 U.S. medical schools accredited by the Liaison Committee on Medical Education; approximately 400 teaching hospitals and health systems; and more than 70 academic societies.

2. Preventive health care services are essential for the early diagnosis and treatment of life-threatening illnesses for millions of Americans. *Amici* seek to

file the attached amicus brief to offer guidance, from hospitals' perspectives, on the harmful impact that denying the Government's motion for a partial stay of final judgment pending appeal would have on the American health care system and all who depend on it.

3. The attached brief was not authored in whole or part by counsel for any of the parties and no one other than *amici* and their counsel have contributed money for the brief.

For the foregoing reasons, the motion should be granted.

                              Respectfully submitted,

                              /s/ Sean Marotta

| | |
|---|---|
| MELINDA REID HATTON<br>CHAD GOLDER<br>AMERICAN HOSPITAL ASSOCIATION<br>800 10th Street, N.W.<br>Two CityCenter, Suite 400<br>Washington, D.C. 20001<br><br>*Counsel for American Hospital Association* | SEAN MAROTTA<br>HOGAN LOVELLS US LLP<br>555 Thirteenth Street, N.W.<br>Washington, D.C. 20004<br>(202) 637-4881<br>sean.marotta@hoganlovells.com |
| KATHLEEN TENOEVER<br>FEDERATION OF AMERICAN HOSPITALS<br>750 Ninth Street, N.W., Suite 600<br>Washington, D.C. 20001<br><br>*Counsel for Federation of American Hospitals* | DAVID WILLNER<br>HOGAN LOVELLS US LLP<br>1601 Wewatta Street, Suite 900<br>Denver, CO 80202<br>(303) 899-7300<br>david.willner@hoganlovells.com |
| GAYLE LEE<br>FRANK R. TRINITY<br>ASSOCIATION OF AMERICAN MEDICAL COLLEGES<br>655 K Street, N.W., Suite 100<br>Washington, D.C. 20001<br><br>*Counsel for Association of American Medical Colleges* | BARBARA D.A. EYMAN<br>EYMAN ASSOCIATES, P.C.<br>300 New Jersey Ave, N.W., Suite 900<br>Washington, D.C. 20001<br><br>*Counsel for America's Essential Hospitals*<br><br>CATHERINE HURLEY<br>THE CATHOLIC HEALTH ASSOCIATION OF THE UNITED STATES<br>1625 Eye Street N.W., Suite 550<br>Washington, D.C. 20006<br><br>*Counsel for The Catholic Health Association of the United States* |

**CERTIFICATE OF COMPLIANCE**

1.　　This document complies with the type-volume limits of Fed. R. App. P. 27(d)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 406 words.

2.　　This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word for Office 365 in 14-point Times New Roman.

/s/ Sean Marotta

**CERTIFICATE OF SERVICE**

I certify that on May 4, 2023, the foregoing was electronically filed through this Court's CM/ECF system, which will send a notice of filing to all registered users.

<u>/s/ Sean Marotta</u>
Sean Marotta