# United States Court of Appeals
# for the Fifth Circuit

---

No. 23-10326

---

Braidwood Management, Incorporated; John Scott Kelley; Kelley Orthodontics; Ashley Maxwell; Zach Maxwell; Joel Starnes,

*Plaintiffs—Appellees/Cross-Appellants*,

*versus*

Xavier Becerra, *Secretary, U.S. Department of Health and Human Services, in his official capacity as Secretary of Health and Human Services*; United States of America; Janet Yellen, *Secretary, U.S. Department of Treasury, in her official capacity as Secretary of the Treasury*; Julie A. Su, *Acting Secretary, U.S. Department of Labor, in his official capacity as Secretary of Labor*,

*Defendants—Appellants/Cross-Appellees.*

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:20-CV-283

---

ORDER:

IT IS ORDERED that the unopposed motion filed by Service Employees International Union (SEIU) for leave to file brief as *amici curiae* is GRANTED.

No. 23-10326

IT IS FURTHER ORDERED that the unopposed motion filed by American Cancer Society, American Cancer Society Cancer Action Network, American Kidney Fund, Arthritis Foundation, CancerCare, Cancer Support Community, Cystic Fibrosis Foundation, Epilepsy Foundation, Hemophilia Federation of America, Leukemia and Lymphoma Society, National Minority Quality Forum, National Multiple Sclerosis Society, National Patient Advocate Foundation, The AIDS Institute and WomenHeart for leave to file brief as *amici curiae* is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion filed by American Hospital Association, Catholic Health Association of the United States, Federation of American Hospitals, America's Essential Hospitals and Association of American Medical Colleges for leave to file brief as *amici curiae* is GRANTED.

*Leslie H. Southwick*

───────────────────────────────
LESLIE H. SOUTHWICK
*United States Circuit Judge*