# United States Court of Appeals for the Fifth Circuit

---

No. 23-10326

---

BRAIDWOOD MANAGEMENT, INCORPORATED; JOHN SCOTT KELLEY; KELLEY ORTHODONTICS; ASHLEY MAXWELL; ZACH MAXWELL; JOEL STARNES,

*Plaintiffs—Appellees/Cross-Appellants*,

*versus*

XAVIER BECERRA, *Secretary, U.S. Department of Health and Human Services, in his official capacity as Secretary of Health and Human Services*; UNITED STATES OF AMERICA; JANET YELLEN, *Secretary, U.S. Department of Treasury, in her official capacity as Secretary of the Treasury*; JULIE A. SU, *Acting Secretary, U.S. Department of Labor, in his official capacity as Secretary of Labor*,

*Defendants—Appellants/Cross-Appellees.*

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:20-CV-283

---

## UNPUBLISHED ORDER

Before CLEMENT, SOUTHWICK, and HIGGINSON, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that Appellants/Cross-Appellees' motion for partial stay pending appeal is CARRIED WITH THE CASE.

No. 23-10326

      IT IS FURTHER ORDERED that Appellants/Cross-Appellees' motion for administrative stay while Court considers this motion is GRANTED.