IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| BRAIDWOOD MANAGEMENT, INCORPORATED; JOHN SCOTT KELLEY; KELLEY ORTHODONTICS; ASHLEY MAXWELL; ZACH MAXWELL; JOEL STARNES,<br><br>Plaintiff-Appellees/Cross-Appellants,<br><br>v.<br><br>XAVIER BECERRA, SECRETARY, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, in his official capacity as Secretary of Health and Human Services; UNITED STATES OF AMERICA; JANET YELLEN, SECRETARY, U.S. DEPARTMENT OF TREASURY, in her official capacity as Secretary of the Treasury; JULIE A. SU, ACTING SECRETARY, U.S. DEPARTMENT OF LABOR, in her official capacity as Secretary of Labor,<br><br>Defendants-Appellants/Cross-Appellees. | No. 23-10326 |

**UNOPPOSED MOTION TO ESTABLISH AGREED BRIEFING SCHEDULE FOR CROSS-APPEALS**

The government's principal brief is due on June 20. For the following reasons, the government respectfully moves that the Court establish the following briefing schedule for the remainder of briefing on these cross-appeals.[1] Plaintiffs' counsel has authorized us to state that plaintiffs support this proposed schedule.

| | |
|---|---|
| June 27, 2023 | Amicus briefs in support of the government |
| August 7, 2023 | Plaintiffs' principal and response brief |
| August 14, 2023 | Amicus briefs in support of plaintiffs |
| September 29, 2023 | Government's response and reply brief |
| October 6, 2023 | Amicus briefs in support of the government (limited to issues raised by plaintiffs' cross-appeal) |
| November 3, 2023 | Plaintiffs' reply brief |

The proposed schedule is designed to allow adequate time for the parties and amici to address the issues presented by the cross-appeals. Plaintiffs challenged the constitutionality of provisions of the Patient Protection and Affordable Care Act that require that group health plans and health-insurance issuers offering group or individual health coverage

---

[1] A certificate of interested persons is not required because defendants-appellants are government entities and government officials sued in their official capacities. 5th Cir. R. 28.2.1.

provide coverage without cost sharing for four categories of preventive services: (1) evidence-based items or services that have in effect a rating of "A" or "B" in the current recommendations of the United States Preventive Services Task Force (Task Force); (2) immunizations that have in effect a recommendation from the Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention with respect to the individual involved; (3) with respect to infants, children, and adolescents, evidence-informed preventive care and screenings provided for in the comprehensive guidelines supported by the Health Resources and Services Administration (HRSA); and (4) with respect to women, such additional preventive care and screenings not described in paragraph (1) as provided for in comprehensive guidelines supported by HRSA. *See* 42 U.S.C. § 300gg-13(a).

The district court accepted plaintiffs' argument that Task Force members are federal officers whose appointment did not comport with the Appointments Clause, ROA.1797-1806, and further held that the Secretary of Health and Human Services could not remedy that defect by ratifying their recommendations, ROA.1797. The district court also ruled for certain plaintiffs on claims under the Religious Freedom Restoration Act.

ROA.1815-1820. The district court rejected plaintiffs' other claims. The government appealed, and plaintiffs filed a cross appeal.[2]

The proposed schedule builds in time for the parties to address the important issues presented by this case. In addition, the proposed schedule ensures that amici on both sides will have the opportunity to address all issues. As noted above, plaintiffs have authorized us to indicate that they support this motion. Accordingly, we ask that this Court enter the proposed briefing schedule.

                                                  Respectfully submitted,

                                                  MICHAEL S. RAAB
                                                   /s/ Alisa B. Klein
                                                ALISA B. KLEIN
                                                DANIEL AGUILAR
                                                (202) 514-1597
                                                    Attorneys, Appellate Staff
                                                    Civil Division
                                                    U.S. Department of Justice
                                                    950 Pennsylvania Avenue, NW
                                                    Washington, DC  20530

MAY 2023

---

[2] The government moved for a partial stay pending appeal of the final judgment to the extent that it included universal remedies. This Court carried the stay motion with the case and entered an administrative stay while the Court considers the stay motion. *See* 5/15/2023 Order.

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2023, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

                                                  */s/ Alisa B. Klein*
                                                  Alisa B. Klein

## CERTIFICATION OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Georgia, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A), because it contains 494 words, according to the count of Microsoft Word.

                                                  */s/ Alisa B. Klein*
                                                  Alisa B. Klein