# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 22, 2023

Ms. Barbara Chisholm
Altshuler Berzon, L.L.P.
177 Post Street
Suite 300
San Francisco, CA 94108-0000

Ms. Madeline Gitomer
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043

Ms. Beth Bivans Petronio
K & L Gates, L.L.P.
1717 Main Street
Suite 2800
Dallas, TX 75201

Mr. Andrew John Pincus
Mayer Brown, L.L.P.
1999 K Street, N.W.
Washington, DC 20006-1101

     No. 23-10326   Braidwood Mgmt Incorporated v. Becerra
                    USDC No. 4:20-CV-283

Dear Counsel,

You must submit the 7 paper copies of your amicus curiae brief required by **5TH CIR. R.** 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Charles B. Whitney, Deputy Clerk
504-310-7679

cc:
    Mr. Daniel J. Aguilar
    Ms. Connie K. Chan
    Mr. Charles William Fillmore
    Mr. Gene Patrick Hamilton
    Ms. Corinne Johnson
    Ms. Alisa Beth Klein
    Mr. Christopher M. Lynch
    Mr. Sean Michael Marotta
    Mr. Jonathan F. Mitchell
    Mr. Michael S. Raab
    Mr. Nicolas Sansone
    Mr. Brian Walters Stoltz
    Mr. David Willner
    Ms. Allison M. Zieve