No. 23-10326

# In the United States Court of Appeals for the Fifth Circuit

---

Braidwood Management, Incorporated; John Scott Kelley; Kelley Orthodontics; Ashley Maxwell; Zach Maxwell; Joel Starnes,

*Plaintiffs-Appellees/Cross-Appellants*,

v.

Xavier Becerra, Secretary, U.S. Department of Health and Human Services, in his official capacity as Secretary of Health and Human Services; United States of America; Janet Yellen, Secretary, U.S. Department of Treasury, in her official capacity as Secretary of the Treasury; Julie A. Su, Acting Secretary, U.S. Department of Labor, in her official capacity as Secretary of Labor,

*Defendants-Appellants/Cross-Appellees.*

---

On Appeal from the United States District Court
for the Western District of Texas
Case No. 4:20-cv-00283-O

---

## Motion For Leave To File Supplemental Memorandum And Supporting Declaration

---

Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

*Counsel for Plaintiffs-Appellees*

Plaintiffs-appellees Braidwood Management Inc. et al. respectfully move for leave to file a short supplemental memorandum regarding the government's motion for a partial stay of the district court's judgment pending appeal, along with a declaration from Steven F. Hotze, the President, Secretary, Treasurer, and sole member of the board of Braidwood Management Inc.

The proposed supplemental memorandum will add one additional observation for the Court to consider in deciding whether to grant or deny the government's request for a partial stay pending appeal: The district court's final judgment does not (and cannot) immunize employers or insurers from future statutory penalties under the Affordable Care Act if the judgment gets vacated or reversed on appeal—even if those employers or insurers violate the Affordable Care Act while the final judgment is in effect. *See, e.g.*, *Edgar v. MITE Corp.*, 457 U.S. 624, 653 (1982) (Stevens, J., concurring) ("There simply is no constitutional or statutory authority that permits a federal judge to grant dispensation from a valid . . . law."). This has several implications for the government's motion for a partial stay pending appeal, which are discussed in the proposed supplemental memorandum.

We have conferred with counsel for the government and they take no position on the motion.

## Conclusion

The defendants' motion for leave to file the attached supplemental memorandum and supporting declaration should be granted.

1

                                Respectfully submitted.

                                <u>/s/ Jonathan F. Mitchell</u>
                                JONATHAN F. MITCHELL
                                Mitchell Law PLLC
                                111 Congress Avenue, Suite 400
                                Austin, Texas 78701
                                (512) 686-3940 (phone)
                                (512) 686-3941 (fax)
                                jonathan@mitchell.law

Dated: May 25, 2023                 *Counsel for Plaintiffs-Appellees*

## Certificate of Conference

I certify that I have conferred with Alisa Klein, counsel for the defendants-appellants, and they take no position on this motion.

/s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Plaintiffs-Appellees*

### Certificate Of Service

I certify that on May 25, 2023, this document was electronically filed with the clerk of the court for the U.S. Court of Appeals for the Fifth Circuit and served through CM/ECF upon:

Michael S. Raab
Alisa B. Klein
Daniel Aguilar
Attorneys, Appellate Staff
Civil Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 514-5432
michael.raab@usdoj.gov
alisa.klein@usdoj.gov
daniel.j.aguilar@usdoj.gov

*Counsel for Defendants-Appellants*

                                      /s/ Jonathan F. Mitchell
                                      Jonathan F. Mitchell
                                      *Counsel for Plaintiffs-Appellees*

## Certificate of Compliance

with type-volume limitation, typeface requirements,
and type-style requirements

1. This brief complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 206 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f).

2. This brief complies with the typeface and type-style requirements of Fed. R. App. P. 27(d)(1)(E), 32(a)(5), and Fed. R. App. P. 32(a)(6) because it uses Equity Text B 14-point type face throughout, and Equity Text B is a proportionally spaced typeface that includes serifs.

Dated: May 25, 2023

/s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Plaintiffs-Appellees*

## Certificate of Electronic Compliance

Counsel also certifies that on May 25, 2023, this brief was transmitted to Mr. Lyle W. Cayce, Clerk of the United States Court of Appeals for the Fifth Circuit, through http://www.pacer.gov.

Counsel further certifies that: (1) required privacy redactions have been made, 5th Cir. R. 25.2.13; (2) the electronic submission is an exact copy of the paper document, 5th Cir. R. 25.2.1; and (3) the document has been scanned with the most recent version of VirusTotal and is free of viruses.

/s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Plaintiffs-Appellees*
