IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

BRAIDWOOD MANAGEMENT, INCORPORATED; JOHN SCOTT KELLEY; KELLEY ORTHODONTICS; ASHLEY MAXWELL; ZACH MAXWELL; JOEL STARNES,

Plaintiff-Appellees/Cross-Appellants,

v.

XAVIER BECERRA, SECRETARY, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, in his official capacity as Secretary of Health and Human Services; UNITED STATES OF AMERICA; JANET YELLEN, SECRETARY, U.S. DEPARTMENT OF TREASURY, in her official capacity as Secretary of the Treasury; JULIE A. SU, ACTING SECRETARY, U.S. DEPARTMENT OF LABOR, in her official capacity as Secretary of Labor,

Defendants-Appellants/Cross-Appellees.

No. 23-10326

---

**UNOPPOSED MOTION FOR LEAVE TO RESPOND TO PLAINTIFFS' SUPPLEMENTAL MEMORANDUM REGARDING THE GOVERNMENT'S MOTION FOR A PARTIAL STAY PENDING APPEAL**

Plaintiffs have moved for leave to file a short supplemental memorandum regarding the government's motion for a partial stay of the final judgment pending appeal. The government consents to plaintiffs' motion for leave to file their proposed supplemental memorandum. The government respectfully requests leave to file a short response to that

supplemental memorandum on or before Thursday, June 1, 2023.

Plaintiffs' counsel has authorized us to state that this motion is unopposed.[1]

Respectfully submitted,

MICHAEL S. RAAB
/s/ Alisa B. Klein
ALISA B. KLEIN
(202) 514-1597
DANIEL AGUILAR
  Attorneys, Appellate Staff
  Civil Division
  U.S. Department of Justice
  950 Pennsylvania Avenue, NW
  Washington, DC  20530

MAY 2023

---

[1] A certificate of interested persons is not required because defendants-appellants are the United States and government officials sued in their official capacity.  Fifth Cir. R. 27.4, 28.2.1.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2023, I electronically filed the foregoing motion with the Clerk of the Court by using the appellate CM/ECF system.  Participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

*/s/ Alisa B. Klein*
Alisa B. Klein

**CERTIFICATION OF COMPLIANCE**

Pursuant to Fed. R. App. P. 32(g), I hereby certify this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Georgia, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because that it contains 101 words, according to the count of Microsoft Word.

*/s/ Alisa B. Klein*
Alisa B. Klein