# United States Court of Appeals for the Fifth Circuit

No. 23-10326

Braidwood Management, Incorporated; John Scott Kelley; Kelley Orthodontics; Ashley Maxwell; Zach Maxwell; Joel Starnes,

*Plaintiffs—Appellees/Cross-Appellants*,

*versus*

Xavier Becerra, *Secretary, U.S. Department of Health and Human Services, in his official capacity as Secretary of Health and Human Services*; United States of America; Janet Yellen, *Secretary, U.S. Department of Treasury, in her official capacity as Secretary of the Treasury*; Julie A. Su, *Acting Secretary, U.S. Department of Labor, in his official capacity as Secretary of Labor*,

*Defendants—Appellants/Cross-Appellees.*

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:20-CV-283

ORDER:

IT IS ORDERED that the motion filed by Appellees/Cross-Appellants for leave to file supplemental memorandum and supporting declaration is GRANTED.

Lyle W. Cayce, *Clerk*
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT