No. 23-10326

# In the United States Court of Appeals for the Fifth Circuit

---

Braidwood Management, Incorporated; John Scott Kelley; Kelley Orthodontics; Ashley Maxwell; Zach Maxwell; Joel Starnes,

*Plaintiffs-Appellees/Cross-Appellants*,

v.

Xavier Becerra, Secretary, U.S. Department of Health and Human Services, in his official capacity as Secretary of Health and Human Services; United States of America; Janet Yellen, Secretary, U.S. Department of Treasury, in her official capacity as Secretary of the Treasury; Julie A. Su, Acting Secretary, U.S. Department of Labor, in her official capacity as Secretary of Labor,

*Defendants-Appellants/Cross-Appellees*.

---

On Appeal from the United States District Court
for the Western District of Texas
Case No. 4:20-cv-00283-O

---

## Joint Report On Possible Agreement Of The Parties To Terms Of A Partial Stay Pending Appeal

---

Alisa B. Klein
Appellate Staff, Civil Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530
(202) 514-1597 (phone)
alisa.klein@usdoj.gov

*Counsel for Defendants-Appellants*

Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

*Counsel for Plaintiffs-Appellees*

The parties met and conferred immediately after oral argument on Tuesday, June 6, 2023, and discussed the framework of an agreement in which the plaintiffs would acquiesce to a partial stay of the district court's judgment pending appeal in exchange for the defendants' commitment not to seek penalties against the named plaintiffs for actions taken on the basis of Judge O'Connor's injunction and judgment, even if the judgment is later vacated or reversed on appeal. Although the agreement remains subject to approval, the parties hope to submit a stipulation along these lines to the Court by Tuesday, June 13, 2023.

    Respectfully submitted.

| | |
|---|---|
| /s/ Alisa B. Klein | /s/ Jonathan F. Mitchell |
| ALISA B. KLEIN | JONATHAN F. MITCHELL |
| Appellate Staff, Civil Division | Mitchell Law PLLC |
| U.S. Department of Justice | 111 Congress Avenue, Suite 400 |
| 950 Pennsylvania Avenue, NW | Austin, Texas 78701 |
| Washington, DC  20530 | (512) 686-3940 (phone) |
| (202) 514-1597 (phone) | (512) 686-3941 (fax) |
| alisa.klein@usdoj.gov | jonathan@mitchell.law |
| | |
| *Counsel for Defendants-Appellants* | *Counsel for Plaintiffs-Appellees* |

## Certificate Of Service

I certify that on June 9, 2023, this document was electronically filed with the clerk of the court for the U.S. Court of Appeals for the Fifth Circuit and served through CM/ECF upon:

Michael S. Raab
Alisa B. Klein
Daniel Aguilar
Attorneys, Appellate Staff
Civil Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 514-5432
michael.raab@usdoj.gov
alisa.klein@usdoj.gov
daniel.j.aguilar@usdoj.gov

*Counsel for Defendants-Appellants*

                                         /s/ Jonathan F. Mitchell
                                         Jonathan F. Mitchell
                                         *Counsel for Plaintiffs-Appellees*

### Certificate of Compliance

with type-volume limitation, typeface requirements,
and type-style requirements

1. This brief complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 100 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f).

2. This brief complies with the typeface and type-style requirements of Fed. R. App. P. 27(d)(1)(E), 32(a)(5), and Fed. R. App. P. 32(a)(6) because it uses Equity Text B 14-point type face throughout, and Equity Text B is a proportionally spaced typeface that includes serifs.

Dated: June 9, 2023

      /s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Plaintiffs-Appellees*

### Certificate of Electronic Compliance

Counsel also certifies that on June 9, 2023, this brief was transmitted to Mr. Lyle W. Cayce, Clerk of the United States Court of Appeals for the Fifth Circuit, through http://www.pacer.gov.

Counsel further certifies that: (1) required privacy redactions have been made, 5th Cir. R. 25.2.13; (2) the electronic submission is an exact copy of the paper document, 5th Cir. R. 25.2.1; and (3) the document has been scanned with the most recent version of VirusTotal and is free of viruses.

/s/ Jonathan F. Mitchell  
Jonathan F. Mitchell  
*Counsel for Plaintiffs-Appellees*
