# United States Court of Appeals for the Fifth Circuit

No. 23-10326

Braidwood Management, Incorporated; John Scott Kelley; Kelley Orthodontics; Ashley Maxwell; Zach Maxwell; Joel Starnes,

*Plaintiffs-Appellees/Cross-Appellants*,

*versus*

Xavier Becerra, *Secretary, U.S. Department of Health and Human Services, in his official capacity as Secretary of Health and Human Services*; United States of America; Janet Yellen, *Secretary, U.S. Department of Treasury, in her official capacity as Secretary of the Treasury*; Julie A. Su, *Acting Secretary, U.S. Department of Labor, in her official capacity as Secretary of Labor*,

*Defendants-Appellants/Cross-Appellees*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:20-CV-283

Before Clement, Southwick, and Higginson, *Circuit Judges*.

Per Curiam:

In light of the parties' attached stipulation, the first paragraph of item 3 in the district court's judgment, ROA.2131-3132, is STAYED pending this Court's issuance of the mandate in this appeal.