# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 13, 2023

Mr. Daniel J. Aguilar
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Suite 7266
Washington, DC 20530

Ms. Connie K. Chan
Altshuler Berzon, L.L.P.
177 Post Street
Suite 300
San Francisco, CA 94108-0000

Ms. Barbara Chisholm
Altshuler Berzon, L.L.P.
177 Post Street
Suite 300
San Francisco, CA 94108-0000

Mr. Charles William Fillmore
Fillmore Law Firm, L.L.P.
201 Main Street
Suite 700
Fort Worth, TX 76102

Ms. Madeline Gitomer
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043

Mr. Gene Patrick Hamilton
America First Legal Foundation
611 Pennsylvania Avenue, S.E.
Suite 231
Washington, DC 20003

Ms. Corinne Johnson
Altshuler Berzon, L.L.P.
177 Post Street
Suite 300
San Francisco, CA 94108-0000

Ms. Alisa Beth Klein
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Room 7235
Washington, DC 20530

Mr. Christopher M. Lynch
U.S. Department of Justice
Civil Division
1100 L Street, N.W.
Poc Agostinho, Jean
Washington, DC 20530

Mr. Sean Michael Marotta
Hogan Lovells US, L.L.P.
555 13th Street, N.W.
Columbia Square
Washington, DC 20004

Mr. Jonathan F. Mitchell
111 Congress Avenue
Suite 400
Austin, TX 78701-0000

Ms. Beth Bivans Petronio
K & L Gates, L.L.P.
1717 Main Street
Suite 2800
Dallas, TX 75201

Mr. Andrew John Pincus
Mayer Brown, L.L.P.
1999 K Street, N.W.
Washington, DC 20006-1101

Mr. Michael S. Raab
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Room 7237
Washington, DC 20530

Mr. Nicolas Sansone
Public Citizen Litigation Group
1600 20th Street, N.W.
Washington, DC 20009

Mr. Brian Walters Stoltz
U.S. Attorney's Office
Northern District of Texas
1100 Commerce Street
3rd Floor
Dallas, TX 75242-1699

Mr. David Willner
Hogan Lovells US, L.L.P.
1601 Wewatta Street
Suite 900
Denver, CO 80202

Ms. Allison M. Zieve
Public Citizen Litigation Group
1600 20th Street, N.W.
Washington, DC 20009

    No. 23-10326   Braidwood Mgmt v. Becerra
                         USDC No. 4:20-CV-283

Dear Counsel,

Attached is a revised case caption, which should be used on all future filings in this case.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              */s/ Melissa Mattingly*

                              By: _____
                              Melissa V. Mattingly, Deputy Clerk
                              504-310-7719

Case No. 23-10326

Braidwood Management, Incorporated; John Scott Kelley; Kelley Orthodontics; Ashley Maxwell; Zach Maxwell; Joel Starnes,

        Plaintiff - Appellees/Cross-Appellant

Joel Miller; Gregory Scheideman,

        Plaintiff – Cross-Appellants

v.

Xavier Becerra, Secretary, U.S. Department of Health and Human Services, in his official capacity as Secretary of Health and Human Services; United States of America; Janet Yellen, Secretary, U.S. Department of Treasury, in her official capacity as Secretary of the Treasury; Julie A. Su, Acting Secretary, U.S. Department of Labor, in his official capacity as Secretary of Labor,

        Defendants - Appellants/Cross-Appellees