# United States Court of Appeals
#### FIFTH CIRCUIT
#### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 13, 2023

Mr. Jonathan F. Mitchell
111 Congress Avenue
Suite 400
Austin, TX 78701-0000

    No. 23-10326    Braidwood Mgmt v. Becerra
                          USDC No. 4:20-CV-283

Dear Mr. Mitchell,

We received your motion to amend the caption, however; because the parties were erroneously left out of the case at case opening, a motion is not necessary. The parties have been added to the case.

In light of the aforementioned, we are taking no action on this motion.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Melissa V. Mattingly, Deputy Clerk
                                      504-310-7719

cc:
    Mr. Daniel J. Aguilar
    Ms. Connie K. Chan
    Ms. Barbara Chisholm
    Mr. Charles William Fillmore
    Ms. Madeline Gitomer
    Mr. Gene Patrick Hamilton
    Ms. Corinne Johnson
    Ms. Alisa Beth Klein
    Mr. Christopher M. Lynch
    Mr. Sean Michael Marotta
    Ms. Beth Bivans Petronio
    Mr. Andrew John Pincus
    Mr. Michael S. Raab

Mr. Nicolas Sansone
Mr. Brian Walters Stoltz
Mr. David Willner
Ms. Allison M. Zieve