# United States Court of Appeals for the Fifth Circuit

———————

No. 23-10326

———————

BRAIDWOOD MANAGEMENT, INCORPORATED; JOHN SCOTT
KELLEY; KELLEY ORTHODONTICS; ASHLEY MAXWELL; ZACH
MAXWELL; JOEL STARNES,

*Plaintiffs—Appellees/Cross-Appellants,*

JOEL MILLER; GREGORY SCHEIDEMAN,

*Plaintiffs—Cross-Appellants,*

*versus*

XAVIER BECERRA, *Secretary, U.S. Department of Health and Human
Services, in his official capacity as Secretary of Health and Human Services*;
UNITED STATES OF AMERICA; JANET YELLEN, *Secretary, U.S.
Department of Treasury, in her official capacity as Secretary of the Treasury*;
JULIE A. SU, *Acting Secretary, U.S. Department of Labor, in his official
capacity as Secretary of Labor*,

*Defendants—Appellants/Cross-Appellees.*

———————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:20-CV-283

———————————————

UNPUBLISHED ORDER

Before Clement, Southwick, and Higginson, *Circuit Judges*.

Per Curiam:

In light of the parties' stipulation filed on June 12, 2023, the first paragraph of item 3 in the district court judgment, is STAYED pending this Court's issuance of the mandate in this appeal.