# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 13, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-10326   Braidwood Mgmt v. Becerra
                    USDC No. 4:20-CV-283

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Melissa V. Mattingly, Deputy Clerk
504-310-7719

Mr. Daniel J. Aguilar
Ms. Connie K. Chan
Ms. Barbara Chisholm
Mr. Charles William Fillmore
Ms. Madeline Gitomer
Mr. Gene Patrick Hamilton
Ms. Corinne Johnson
Ms. Alisa Beth Klein
Mr. Christopher M. Lynch
Mr. Sean Michael Marotta
Mr. Jonathan F. Mitchell
Ms. Beth Bivans Petronio
Mr. Andrew John Pincus
Mr. Michael S. Raab
Mr. Nicolas Sansone
Mr. Brian Walters Stoltz
Mr. David Willner
Ms. Allison M. Zieve