# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court.* **Each attorney representing a party must complete a separate form. (COMPLETE ENTIRE FORM unless otherwise noted).**

**Fifth Cir. Case NO.** 23-10326

Braidwood Management, Inc., et al.   vs.   Xavier Becerra, Sec., Dep't of HHS, et al.
(Short Title)

The Clerk will enter my appearance as Counsel for Amici Curiae for HIV and Hepatitis Policy Institute, AIDS Alabama, AIDS Foundation of Chicago, AIDS United, American Academy of HIV Medicine, Asian and Pacific Islander Wellness Center, Inc. dba San Francisco Community Health Center, [please see add'l page for add'l amici]

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT**   ☐ Petitioner(s)   ☐ Respondent(s)   ☑ Amicus Curiae
☐ Appellant(s)   ☐ Appellee(s)   ☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

_(Signature)_   RHHughes@ebglaw.com
(e-mail address)

Richard H. Hughes, IV   D.C. Bar No. 1032341
(Type or print name)   (State/Bar No.)

Member of the Firm
(Title, if any)

Epstein Becker & Green, P.C.
(Firm or Organization)

Address 1227 25th Street, N.W., Suite 700

City & State Washington, D.C.   Zip 20037

Primary Tel. 202-861-1893   Cell Phone: _____ (Optional)

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** Richard H. Hughes, IV

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.
_____

B. Inquiry of Counsel. To your knowledge:
   (1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?
   ☐ Yes   ☑ No
   (2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?
   ☐ Yes   ☑ No
   (3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?
   ☐ Yes   ☑ No
   (4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case N/A

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:
_____

Name of Court or Agency U.S. Court of Appeals for the Fifth Circuit

Status of Appeal (if any) _____

Other Status (if not appealed) _____

**NOTE: Attach sheet to give further details.**   DKT-5A REVISED June 2023

*Fifth Cir. Case NO. 23-10326*

<u>*Braidwood Management, Inc., et al. v. Xavier Becerra, Sec., Dep't of HHS, et al.*</u>

<u>*Additional Amici Curiae*</u>

Caring Ambassadors Program, Inc.
Center for Health Law Policy and Innovation
Community Education Group
Fenway Community Health Center, Inc.
Frannie Peabody Center
Gay Men's Health Crisis, Inc.
Georgia AIDS Coalition
Global Liver Institute
Hepatitis B Foundation
Hepatitis Education Project
Housing Works, Inc.
Human Rights Campaign Foundation
Latino Commission on AIDS
National Coalition of STD Directors
National Minority AIDS Council
PrEP4All
Southern AIDS Coalition
Treatment Action Group
Whitman-Walker Health