# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

June 23, 2023

Mr. Richard Hughes IV  
Epstein Becker & Green, P.C.  
1227 25th Street, N.W.  
Suite 700  
Washington, DC 20037-1156

    No. 23-10326   Braidwood Mgmt v. Becerra  
                     USDC No. 4:20-CV-283

Dear Mr. Hughes,

The unopposed motion for leave to file amici brief is unnecessary. The brief has been filed.

However, please include in the sufficient brief that you have consent for filing same. Also, the brief is lacking a statement per FRAP 29(a)(4)(E). Please make both of these corrections within 14 days from this date, and please refile using the proposed sufficient brief event.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____  
                                Mary Frances Yeager, Deputy Clerk  
                                504-310-7686

cc:  Mr. Daniel J. Aguilar  
     Ms. Connie K. Chan  
     Ms. Barbara Chisholm  
     Mr. Charles William Fillmore  
     Ms. Madeline Gitomer  
     Mr. Gene Patrick Hamilton  
     Ms. Corinne Johnson  
     Ms. Alisa Beth Klein  
     Mr. Christopher M. Lynch  
     Mr. Sean Michael Marotta  
     Mr. Jonathan F. Mitchell

```
Ms. Beth Bivans Petronio
Mr. Andrew John Pincus
Mr. Michael S. Raab
Mr. Nicolas Sansone
Mr. Brian Walters Stoltz
Mr. David Willner
Ms. Allison M. Zieve
```