# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court.* **Each attorney representing a party must complete a separate form.** *(COMPLETE ENTIRE FORM unless otherwise noted).*

Fifth Cir. Case NO. **23-10326**

**Braidwood Management et al.,** vs. **Xavier Becerra et al.**
(Short Title)

The Clerk will enter my appearance as Counsel for **United States of Care, Michigan League for Public Policy, West Virginians for Affordable Health Care, Consumers for Affordable Health Care, New Day Nevada, Young Invincibles, Shriver Center on Poverty Law, AcademyHealth, Colorado Consumer Health Initiati**

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT**  ☐ Petitioner(s)   ☐ Respondent(s)   ☑ Amicus Curiae
☐ Appellant(s)   ☐ Appellee(s)   ☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

_Daniel G. Jarcho_ (Signature)

e-mail: daniel.jarcho@alston.com

Name: **Daniel G. Jarcho**
(State/Bar No.): **DC-391837**

Title: **Partner**

Firm: **Alston & Bird LLP**
Address: **950 F Street, NW**
City & State: **Washington, DC**   Zip: **20004**
Primary Tel.: **202-239-3254**   Cell Phone: ___ (Optional)

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** Daniel G. Jarcho

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.
**N/A**

B. Inquiry of Counsel. To your knowledge:
   (1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related issue(s)?
   ☐ Yes   ☑ No
   (2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?
   ☐ Yes   ☑ No
   (3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?
   ☐ Yes   ☑ No
   (4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case **N/A**

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:
_____
_____

Name of Court or Agency_____

Status of Appeal (if any)_____
Other Status (if not appealed)_____

**NOTE: Attach sheet to give further details.**                DKT-5A REVISED June 2023

## NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court. **Each attorney representing a party must complete a separate form.** (COMPLETE ENTIRE FORM unless otherwise noted).*

Fifth Cir. Case NO. **23-10326**

**Braidwood Management et al.,** vs. **Xavier Becerra et al.**
(Short Title)

The Clerk will enter my appearance as Counsel for **Pennsylvania Health Access Network, Committee to Protect Health Care, Utah health Policy Project, Community Catalyst, Protect Our Care, ACA Consumer Advocacy, National Partnership for Women & Families**

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT**  ☐ Petitioner(s)   ☐ Respondent(s)   ☒ Amicus Curiae   ☐ Appellant(s)   ☐ Appellee(s)   ☐ Intervenor

☒ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

*(Signature)* Daniel D. Jarcho

(e-mail address) daniel.jarcho@alston.com

(Type or print name) **Daniel G. Jarcho**

(State/Bar No.) **DC-391837**

(Title, if any) **Partner**

(Firm or Organization) **Alston & Bird LLP**

Address **950 F Street, NW**

City & State **Washington, DC**   Zip **20004**

Primary Tel. **202-239-3254**   Cell Phone: _____ (Optional)

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** Daniel G. Jarcho

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.
**N/A**

B. Inquiry of Counsel. To your knowledge:
(1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related issue(s)?  ☐ Yes  ☒ No
(2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?  ☐ Yes  ☒ No
(3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?  ☐ Yes  ☒ No
(4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case **N/A**

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:
_____
_____

Name of Court or Agency _____

Status of Appeal (if any) _____

Other Status (if not appealed) _____

**NOTE: Attach sheet to give further details.**   DKT-5A REVISED June 2023