## *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 27, 2023

Mr. Nicolas Sansone
Public Citizen Litigation Group
1600 20th Street, N.W.
Washington, DC 20009

    No. 23-10326   Braidwood Mgmt v. Becerra
                        USDC No. 4:20-CV-283

Dear Mr. Sansone,

You must electronically file a "Form for Appearance of Counsel" within 14 days from this date. You must name each party you represent, see FED. R. APP. P. 12(b) and 5TH CIR. R. 12 & 46.3. The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov. If you fail to electronically file the form, the brief will be stricken and returned unfiled.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Renee S. McDonough, Deputy Clerk
                              504-310-7673

cc:
    Mr. Daniel J. Aguilar
    Mr. Kenneth Lee Blalack II
    Ms. Connie K. Chan
    Ms. Barbara Chisholm
    Mr. Charles William Fillmore
    Ms. Madeline Gitomer
    Mr. Gene Patrick Hamilton
    Mr. Richard Hughes IV
    Mr. Daniel Jarcho
    Ms. Corinne Johnson
    Ms. Alisa Beth Klein
    Mr. Christopher M. Lynch
    Mr. Sean Michael Marotta
    Mr. Jonathan F. Mitchell

```
Ms. Beth Bivans Petronio
Mr. Andrew John Pincus
Mr. Michael S. Raab
Mr. Brian Walters Stoltz
Mr. David Willner
Ms. Allison M. Zieve
```