# United States Court of Appeals
### for the
# Fifth Circuit

---

Case No. 23-10326

BRAIDWOOD MANAGEMENT, INCORPORATED; JOHN SCOTT KELLEY; KELLEY ORTHODONTICS; ASHLEY MAXWELL; ZACH MAXWELL; JOEL STAMES,

*Plaintiffs-Appellees/Cross-Appellants,*

JOEL MILLER; GREGORY SCHEIDEMAN,

*Plaintiffs-Cross-Appellants,*

v.

XAVIER BECERRA, Secretary, U.S. Department of Health and Human Services, in his official capacity as Secretary of Health and Human Services; UNITED STATES OF AMERICA; JANET YELLEN, Secretary, U.S. Department of Treasury, in her official capacity as Secretary of the Treasury; JULIE A. SU, Acting Secretary, U.S. Department of Labor, in her official capacity as Secretary of Labor,

*Defendants-Appellants/Cross-Appellees.*

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, IN DISTRICT NO. 0539-4:4:20-CV-283, HONORABLE REED CHARLES O'CONNOR, U.S. DISTRICT JUDGE

**CONSENT MOTION TO FILE BRIEF AS AMICI CURIAE**

| | |
|---|---|
| BENNETT KLEIN | ANDREW H. DEVOOGD |
| CHRIS ERCHULL | *Counsel of Record* |
| GLBTA LEGAL ADVOCATES | COURTNEY HERNDON |
|   & DEFENDERS | KATHARINE K. FOOTE |
| 18 Tremont Street, Suite 950 | MINTZ, LEVIN, COHN, FERRIS, |
| Boston, Massachusetts 02108 |   GLOVSKY, AND POPEO, P.C. |
| (617) 426-1350 | One Financial Center |
| | Boston, Massachusetts 02111 |
| | (617) 348-6000 |
| | dhdevoogd@mintz.com |

*Counsel for Amici Curiae*

# CONSENT MOTION TO FILE BRIEF AS AMICI CURIAE

Pursuant to Federal Rule of Appellate Procedure 29 and Fifth Circuit Rule 29, Proposed *Amici* move for leave to file the attached brief in support of Defendant-Appellant's appeal from the District Court's decision.

The proposed *Amici* submit this brief to inform the Court about the harmful impact the District Court's decision will have on the nation's goal to curb, and ultimately end, the HIV epidemic. The Proposed *Amici* organizations include thousands of physicians and other healthcare providers with expertise in the treatment and prevention of HIV, government and public officials from every state responsible for stopping the HIV epidemic, and policy experts who understand the demographics and dynamics of the epidemic. Specifically:

  A. **The HIV Medicine Association of the Infectious Diseases Society of America ("HIVMA")** is an organization of medical professionals who practice HIV medicine. HIVMA represents the interests of HIV health care providers and researchers and their patients by promoting quality in HIV care and by advocating for policies that ensure a comprehensive and humane response to the AIDS pandemic informed by science and social justice.

  B. **The National Alliance of State & Territorial AIDS Directors ("NASTAD")** is a leading nonpartisan nonprofit association that represents public health officials who administer HIV and hepatitis programs in the United States and

around the world. NASTAD's mission is to end the intersecting epidemics of HIV, viral hepatitis, and related conditions.

## ARGUMENT

Today we have the medical tools to end the HIV epidemic. HIV pre-exposure prophylaxis ("PrEP") is an extraordinary medical breakthrough. It is a safe and effective medication that prevents HIV transmission by close to 100 percent. The FDA first approved PrEP in 2012, and the United States Preventive Services Task Force gave it an "A" rating based on the highest quality scientific evidence in 2019. The challenge is that too few people who are vulnerable to HIV infection are currently taking PrEP.

The arc of progress since the harrowing early decades of the epidemic has been extraordinary—but it remains incomplete. The proposed *Amici* submit this brief to emphasize that the outcome of this case will have a deep impact on whether that arc continues or, instead is stymied and reversed. Make no mistake: the District Court's decision, and the resulting re-imposition of cost-sharing for PrEP, will cause tens of thousands of new but preventable HIV infections, erode or even reverse progress to date, and undermine public health efforts to end the HIV epidemic. The consequences to individual health are profound as well. Even with effective antiretroviral treatment, people diagnosed with HIV today live with an incurable and

highly stigmatized health condition that also increases the risk of other life-threatening diseases.

Whether to grant a motion for leave to participate as *amicus curiae* is within the Court's discretion. *See Richardson v. Flores*, 979 F.3d 1102, 1106 (5th Cir. 2020) (noting granting leave to file an *amici* brief is within the Court's discretion). Where, as here, *amici curiae* demonstrate sufficient interest in the case and their brief is relevant to the issues raise in the case, courts typically grant leave to file as *amicus curiae*. *See Lefebure v. D'Aquilla*, 15 F.4th 670, 676 (5th Cir. 2021) (quoting *Neonatology Assocs., P.A. v. Comm'r of Internal Revenue*, 293 F.3d 128, 133 (3rd Cir. 2002) ("[W]e would be 'well advised to grant motions for leave to file amicus briefs unless it is obvious that the proposed briefs do not meet Rule 29's criteria as broadly interpreted.'").

This Court should grant Proposed *Amici's* motion for leave because the proposed brief is timely and useful. Proposed *Amici's* motion is timely because it is filed "no later than 7 days after the principal brief of the party being supported is filed." Fed. R. App. P. 29(a)(6). Additionally, the brief will be useful to this Court because it provides information explaining the critical importance of HIV pre-exposure prophylaxis, the progress we have made in the fight to end this epidemic, and the very real consequences of the District Court's decision: tens of thousands of

*new, preventable* HIV infections, billions of dollars in medical costs, reversal of progress to date, and undermining public health efforts to end the HIV epidemic.

Counsel for the parties have consented to this motion and to the filing of the attached *amicus curiae* brief.

Pursuant to the Federal Rule of Appellate Procedure 29(a)(4)(E), Proposed *Amici* states that no counsel for any party authored the proposed brief in whole or in part, and no person or entity other than *Amici* and counsel made a monetary contribution intended to fund the preparation or submission of this brief.

Accordingly, Proposed *Amici* respectfully request that this Court grant leave to file the attached proposed brief.

June 27, 2023

Bennett Klein
Chris Erchull

GLBTA LEGAL ADVOCATES &
DEFENDERS
18 Tremont Street, Suite 950
Boston, MA 02108
(617) 426-1350

Respectfully Submitted,

*/s/ Andrew H. DeVoogd*
Andrew H. DeVoogd
*Counsel of Record*
Courtney Herndon
Katharine K. Foote
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY, AND POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 348-6000
dhdevoogd@mintz.com

*Counsel for Amici Curiae*

# CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2023, a true and correct copy of the foregoing Motion to file Consent to File Brief for Amici were served via electronic filing with the Clerk of Court and all registered ECF users.

Dated: June 27, 2023

/s/ Andrew H. DeVoogd

Bennett Klein
Chris Erchull
GLBTA Legal Advocates
& Defenders
18 Tremont Street, Suite 950
Boston, MA 02108
(617) 426-1350

Andrew H. DeVoogd
*Counsel of Record*
Courtney Herndon
Katharine K. Foote
Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 348-6000
dhdevoogd@mintz.com

*Counsel for Amici Curiae*

## CERTIFICATE OF COMPLIANCE

This motion has been prepared using 14-point, proportionately spaced, serif typeface, in Microsoft Word. Excluding the parts of the brief exempted by Fed. R. App. P. 32(a)(7)(B)(iii), this motion contains 784 words.

|  |  |
|---|---|
| Bennett Klein<br>Chris Erchull<br>GLBTA Legal Advocates<br>& Defenders<br>18 Tremont Street, Suite 950<br>Boston, MA 02108<br>(617) 426-1350 | /s/ Andrew H. DeVoogd<br>Andrew H. DeVoogd<br>*Counsel of Record*<br>Courtney Herndon<br>Katharine K. Foote<br>Mintz, Levin, Cohn, Ferris, Glovsky,<br>and Popeo, P.C.<br>One Financial Center<br>Boston, MA 02111<br>(617) 348-6000<br>dhdevoogd@mintz.com<br><br>*Counsel for Amici Curiae* |