# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 27, 2023

Mr. Andrew H. DeVoogd
Mintz Levin Cohn Ferris Glovsky & Popeo, P.C.
1 Financial Center
Boston, MA 02111-0000

    No. 23-10326   Braidwood Mgmt v. Becerra
                    USDC No. 4:20-CV-283

Dear Mr. DeVoogd,

We received your motion to file an amicus brief, however, because you have consent of the parties to file the brief, a motion is not necessary.

As discussed, please re-file your brief without the motion.

In light of the aforementioned, we are taking no action on this motion.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          *Melissa Mattingly*
                        By: _____
                        Melissa V. Mattingly, Deputy Clerk
                        504-310-7719

cc:
    Mr. Daniel J. Aguilar
    Ms. Connie K. Chan
    Ms. Barbara Chisholm
    Mr. Charles William Fillmore
    Ms. Madeline Gitomer
    Mr. Gene Patrick Hamilton
    Mr. Richard Hughes IV
    Ms. Corinne Johnson
    Ms. Alisa Beth Klein
    Mr. Christopher M. Lynch
    Mr. Sean Michael Marotta

Mr. Jonathan F. Mitchell
Ms. Beth Bivans Petronio
Mr. Andrew John Pincus
Mr. Michael S. Raab
Mr. Nicolas Sansone
Mr. Brian Walters Stoltz
Mr. David Willner
Ms. Allison M. Zieve