# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court.* **Each attorney representing a party must complete a separate form. (COMPLETE ENTIRE FORM unless otherwise noted).**

**Fifth Cir. Case NO.** 23-10326

Braidwood Management, Incorporated, et al.  vs.  Xavier Becerra, et al.

(Short Title)

The Clerk will enter my appearance as Counsel for 49 Bipartisan Economic and Other Social Science Scholars (see attached appendix)

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT**  ☐ Petitioner(s)  ☐ Respondent(s)  ☒ Amicus Curiae  ☐ Appellant(s)  ☐ Appellee(s)  ☐ Intervenor

☒ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

/s/ Matthew S. Hellman    MHellman@jenner.com
(Signature)    (e-mail address)

Matthew S. Hellman    District of Columbia / 484132
(Type or print name)    (State/Bar No.)

(Title, if any)

Jenner & Block LLP
(Firm or Organization)

Address 1099 New York Ave., NW, Suite 900

City & State Washington, DC    Zip 20001-4412

Primary Tel. 202-639-6000    Cell Phone: _____ (Optional)

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** Matthew S. Hellman

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.
N/A

B. Inquiry of Counsel. To your knowledge:
  (1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related issue(s)?  ☐ Yes  ☒ No
  (2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?  ☐ Yes  ☒ No
  (3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?  ☐ Yes  ☒ No
  (4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case N/A

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:

Name of Court or Agency

Status of Appeal (if any)

Other Status (if not appealed)

**NOTE: Attach sheet to give further details.**    DKT-5A REVISED June 2023

# APPENDIX

## List of *Amici Curiae*

**Henry Aaron, Ph.D.,** The Bruce and Virginia MacLaury Senior Fellow, Brookings Institution; Vice-chair of the D.C. Health Benefits Exchange; Assistant Secretary for Planning and Evaluation at the Department of Health, Education, and Welfare (1977-78);

**Jessica Banthin, Ph.D.,** Senior Fellow, Urban Institute; Deputy Assistant Director, Congressional Budget Office (2013-19);

**Linda Blumberg**, **Ph.D.,** Institute Fellow, Urban Institute; Research Professor, McCourt School of Public Policy, Georgetown University; Health Policy Advisor, Office of Management & Budget, The White House (1993-94);

**Thomas Buchmueller, Ph.D.,** Senior Associate Dean for Faculty & Research; Waldo O. Hildebrand Professor of Risk Management and Insurance; Professor of Business Economics and Public Policy, Ross School of Business, University of Michigan;

**Leonard Burman, Ph.D.,** Professor Emeritus, Maxwell School of Citizenship & Public Affairs, Syracuse University; Institute Fellow, Urban Institute;

**Stuart Butler, Ph.D.,** Senior Fellow, Brookings Institution;

**Amitabh Chandra**, **Ph.D.,** Professor & Director of Health Policy Research, Kennedy School of Government, Harvard University; recipient of the American Society of Health Economists Medal; Member, Congressional Budget Office Panel of Health Advisors (2012-present); recipient of the Arrow Award, for best paper in health economics;

**Sara Collins, Ph.D.,** Senior Scholar, Vice President, Health Care Coverage & Access, Tracking Health System Performance, Commonwealth Fund;

**David Cutler, Ph.D.,** Otto Eckstein Professor of Applied Economics, Department of Economics and Kennedy School of Government, Harvard University; Senior Economist, Council of Economic Advisors (1993); Director, National Economic Council (1993); recipient of the Arrow Award, for best paper in health economics; recipient of the American Society of Health Economists Medal; Fellow, American Academy of Arts and Sciences;

**Karen Davis, Ph.D.,** Professor Emerita, Department of Health Policy and Management, John Hopkins University; Deputy Assistant Secretary for Health Policy, U.S. Department of Health and Human Services (1977-1980);

**Peter Diamond, Ph.D.,** Professor Emeritus, Massachusetts Institute of Technology; recipient of Nobel Prize in Economic Sciences; former President, American Economic Association;

**Coleman Drake, Ph.D.,** Assistant Professor of Health Policy and Management, University of Pittsburgh School of Public Health;

**Doug Elmendorf, Ph.D.,** Dean and Don K. Price Professor of Public Policy, Harvard Kennedy School; Director, Congressional Budget Office (2009-15); Chief of the Macroeconomic Analysis Section, Federal Reserve Board (2002-06); Deputy Assistant Secretary for Economic Policy, U.S. Department of the Treasury (1999-2001);

**Judith Feder, Ph.D.,** Institute Fellow, Urban Institute; Professor and former Dean, Georgetown University McCourt School of Public Policy; Principal Deputy Assistant Secretary for Planning and Evaluation, U.S. Department of Health and Human Services (1993-95);

**Matthew Fiedler, Ph.D.,** Senior Fellow in Economic Studies, USC-Brookings Schaeffer Initiative for Health Policy, Brookings Institution;

**Richard Frank, Ph.D.,** Senior Fellow in Economic Studies and Director, USC-Brookings Schaeffer Initiative on Health Policy, Brookings Institution; Margaret T. Morris Professor of Health Economics, Emeritus, Harvard University; Assistant Secretary for Planning and Evaluation, Department of Health and Human Services (2014-16); Special Advisor to the Office of the Secretary, Department of Health and Human Services (2013-14); Deputy Assistant Secretary for Planning and Evaluation, Department of Health and Human Services (2009-11);

**Sherry Glied, Ph.D.,** Dean and Professor of Public Service, Robert F. Wagner Graduate School of Public Service, New York University; Assistant Secretary for Planning and Evaluation, U.S. Department of Health and Human Services (2010-12); Senior Economist, Council of Economic Advisors (1992-93);

**Claudia Goldin, Ph.D.,** Henry Lee Professor of Economics, Harvard University; President, American Economic Association (2013-14);

**Bradley Herring, Ph.D.,** Forrest D. McKerley Professor of Health Economics, University of New Hampshire; Senior Staff Economist, Council of Economic Advisors (2006-07);

**John Holahan, Ph.D.,** Institute Fellow, Health Policy Center, Urban Institute;

**Jill Horwitz, Ph.D.,** David Sanders Professor in Law and Medicine, UCLA School of Law;

**Tim Jost, J.D.,** Professor Emeritus of Law, Washington and Lee University;

**Genevieve M. Kenney, Ph.D.,** Senior Fellow and Vice President, Health Policy Center, Urban Institute;

**Frank Levy, Ph.D.,** Professor of Urban Economics, Emeritus, Massachusetts Institute of Technology; Faculty Affiliate, Strategy Group, Fuqua School of Business, Duke University;

**Helen Levy, Ph.D.,** Research Professor, Health Management and Policy, Institute for Social Research, and Ford School of Public Policy, University of Michigan;

**Peter H. Lindert, Ph.D.,** Distinguished Professor Emeritus, Department of Economics, University of California Davis;

**Eric Maskin, Ph.D.,** Adams University Professor, Harvard University; recipient of Nobel Prize in Economic Sciences;

**John E. McDonough, DrPH,** Professor of Practice, Harvard T.H. Chan School of Public Health; Senior Advisor on National Health Reform, U.S. Senate Committee on Health, Education, Labor and Pensions, United States Senate (2008-2010);

**Alan Monheit, Ph.D.,** Professor of Health Economics and Public Policy, Rutgers University School of Public Health;

**Joseph Newhouse, Ph.D.,** John D. MacArthur Professor of Health Policy and Management, Harvard University; recipient of the Arrow Award, for best paper in health economics; Victor R. Fuchs Lifetime Achievement Award from the American Society of Health Economists;

**Len M. Nichols, Ph.D.,** Non-Resident Fellow, Urban Institute; Professor Emeritus, George Mason University; Member, Physician Focused Payment Model Technical Advisory Panel, (2015-2019); Innovation Advisor, Center for Medicare and Medicaid Innovation (2012); Senior Advisor for Health Policy, Office of Management & Budget, The White House (1993-94); Visiting Public Health Service Fellow, Agency for Health Care Research and Policy (1991-93);

**Harold Pollack, Ph.D.,** Helen Ross Professor, Crown Family School of Social Work, Policy, and Practice, University of Chicago; Co-Director, University of Chicago Health Lab;

**Daniel Polsky, Ph.D.,** Bloomberg Distinguished Professor of Health Policy and Economics, Johns Hopkins University; Senior Economist on health issues for Council of Economic Advisers (2007-08);

**Jim Rebitzer**, **Ph.D.,** Peter and Deborah Exler Professor, Boston University's Questrom School of Business; recipient of the Arrow Award, for best paper in health economics;

**Michael Reich, Ph.D.,** Professor, University of California, Berkeley; Chair, Center on Wage and Employment Dynamics; Former Director, Institute for Research on Labor and Employment;

**Robert Reischauer, Ph.D.,** Distinguished Institute Fellow and President Emeritus, The Urban Institute; Public Trustee, Social Security & Medicare Trust Fund (2010-15); Vice-Chair, Medicare Payment Advisory Commission (2001-09); Director, Congressional Budget Office (1989-95);

**Thomas Rice**, **Ph.D.,** Distinguished Professor, Department of Health Policy and Management, UCLA Fielding School of Public Health;

**Meredith Rosenthal, Ph.D.,** C. Boyden Gray Professor of Health Economics and Policy, Harvard T.H. Chan School of Public Health;

**William Sage, M.D., J.D.,** Professor of Law, Medicine, and (by courtesy) Government, Texas A&M University; Cluster Leader, Health Care Working Group (President's Task Force on Health Care Reform) (1993);

**Isabel Sawhill, Ph.D.,** Senior Fellow, Brookings Institution; Associate Director, Office of Management and Budget (1993-95);

**Louise Sheiner, Ph.D.,** Senior Fellow & Policy Director, The Hutchins Center on Fiscal and Monetary Policy, Brookings Institution;

**Katherine Swartz, Ph.D.,** Professor of Health Policy and Economics, Harvard T.H. Chan School of Public Health;

**Kenneth E. Thorpe, Ph.D.,** Robert W. Woodruff Professor and Chair of Department of Health Policy and Management, Rollins School of Public Health, Emory University; Executive Director and Director of Center for Entitlement Reform, Institute of Advanced Policy Solutions;

**Laura Tyson, Ph.D.,** Distinguished Professor of the Graduate School, Haas School of Business, University of California, Berkeley; Chair of the Council of Economic Advisers (1993-95); Director of the National Economic Council (1995-96);

**Paul N. Van deWater, Ph.D.,** Senior Fellow, Center on Budget and Policy Priorities; Assistant Director, Congressional Budget Office (1994-99); Assistant Deputy Commissioner for Policy, Social Security Administration (2001-05);

**Gail Wilensky, Ph.D.,** Senior Fellow, Project Hope; Co-Chair, President's Task Force to Improve Health Care Delivery for Our Nation's Veterans (2001-03); Chair, Medicare Payment Advisory Commission (1997-2001); Deputy Assistant to the President for Policy Development, The White House (1992-93); Administrator, Health Care Financing Administration (1990-92);

**Justin Wolfers, Ph.D.,** Senior Fellow, The Peterson Institute for International Economics; Professor of Economics and Professor of Public Policy, University of Michigan;

**Naomi Zewde, Ph.D.,** Assistant Professor, Department of Health Policy and Management, Fielding School of Public Health, University of California, Los Angeles;

**Stephen Zuckerman, Ph.D.,** Senior Fellow and Co-Director, Health Policy Center, The Urban Institute.