## United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 28, 2023

Mr. Andrew H. DeVoogd
Mintz Levin Cohn Ferris Glovsky & Popeo, P.C.
1 Financial Center
Boston, MA 02111-0000

    No. 23-10326    Braidwood Mgmt v. Becerra
                         USDC No. 4:20-CV-283

Dear Mr. DeVoogd,

We filed your brief. However, you must make the following corrections within the next 14 days.

You need to correct or add:

Cover of brief must state whether the brief supports affirmance or reversal.

You must electronically file a "Form for Appearance of Counsel" within 14 days from this date. You must name each party you represent, see FED. R. APP. P. 12(b) and 5TH CIR. R. 12 & 46.3. The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov. If you fail to electronically file the form, the brief will be stricken and returned unfiled.

Note: Once you have prepared your sufficient brief, you must electronically file your 'Proposed Sufficient Brief' by selecting from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system. Please do not send paper copies of the brief until requested to do so by the clerk's office. The brief is not sufficient until final review by the clerk's office. If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary. The certificate of service/proof of service on your proposed sufficient brief **MUST** be dated on the actual date that service is being made. Also, if your brief is sealed, this event automatically seals/restricts any attached documents, therefore you may still use this event to submit a sufficient brief.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Renee McDonough
Renee S. McDonough, Deputy Clerk
504-310-7673

cc:
Mr. Daniel J. Aguilar
Mr. Jordan Ascher
Mr. Kenneth Lee Blalack II
Mr. Brian David Boyle
Ms. Connie K. Chan
Ms. Barbara Chisholm
Mr. Charles William Fillmore
Mr. David Charles Frederick
Ms. Madeline Gitomer
Mr. Gene Patrick Hamilton
Mr. Matthew S. Hellman
Mr. Richard Hughes IV
Ms. Sarah A Hunger
Mr. Daniel Jarcho
Ms. Corinne Johnson
Ms. Alisa Beth Klein
Mr. Christopher M. Lynch
Mr. Sean Michael Marotta
Mr. Jonathan F. Mitchell
 Martha Jane Perkins
Ms. Beth Bivans Petronio
Mr. Andrew John Pincus
Mr. Michael S. Raab
 William Alvarado Rivera
Mr. Nicolas Sansone
Mr. Brian Walters Stoltz
Mr. David Willner
Ms. Allison M. Zieve