# United States Court of Appeals
# for the Fifth Circuit

---

No. 23-10326

---

Braidwood Management, Incorporated; John Scott Kelley; Kelley Orthodontics; Ashley Maxwell; Zach Maxwell; Joel Starnes,

    *Plaintiffs—Appellees/Cross-Appellants*,

Joel Miller; Gregory Scheideman,

    *Plaintiffs—Cross-Appellants*,

*versus*

Xavier Becerra, *Secretary, U.S. Department of Health and Human Services, in his official capacity as Secretary of Health and Human Services*; United States of America; Janet Yellen, *Secretary, U.S. Department of Treasury, in her official capacity as Secretary of the Treasury*; Julie A. Su, *Acting Secretary, U.S. Department of Labor, in her official capacity as Secretary of Labor*,

    *Defendants—Appellants/Cross-Appellees*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:20-CV-283

---

No. 23-10326

ORDER:

IT IS ORDERED that the unopposed motion of the United States of Care, Michigan League for Public Policy, West Virginians for Affordable Health Care, Consumers for Affordable Health Care, New Day Nevada, Young Invincibles, Shriver Center on Poverty Law, AcademyHealth, Colorado Consumer Health Initiative, Pennsylvania Health Access Network, Committee to Protect Health Care, Utah Health Policy Project, Community Catalyst, Protect Our Care, ACA Consumer Advocacy and the National Partnership for Women and Families, for leave to file an amicus brief is GRANTED.

*Leslie H. Southwick*

_____
LESLIE H. SOUTHWICK
*United States Circuit Judge*