# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 28, 2023

Mr. Jonathan Michael Eisenberg
AIDS Healthcare Foundation
6255 W. Sunset Boulevard
21st Floor
Los Angeles, CA 90028

No. 23-10326   Braidwood Mgmt v. Becerra
               USDC No. 4:20-CV-283

Dear Mr. Eisenberg,

We filed your brief. However, you must make the following corrections within the next 14 days.

You need to correct or add:

Cover of brief must state whether the brief supports affirmance or reversal.

Note: Once you have prepared your sufficient brief, you must electronically file your 'Proposed Sufficient Brief' by selecting from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system. Please do not send paper copies of the brief until requested to do so by the clerk's office. The brief is not sufficient until final review by the clerk's office. If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary. The certificate of service/proof of service on your proposed sufficient brief **MUST** be dated on the actual date that service is being made. Also, if your brief is sealed, this event automatically seals/restricts any attached documents, therefore you may still use this event to submit a sufficient brief.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Renee S. McDonough, Deputy Clerk
504-310-7673

cc:
    Mr. Daniel J. Aguilar
    Mr. Jordan Ascher
    Mr. Kenneth Lee Blalack II
    Mr. Brian David Boyle
    Ms. Connie K. Chan
    Ms. Barbara Chisholm
    Mr. Andrew H. DeVoogd
    Mr. Charles William Fillmore
    Mr. David Charles Frederick
    Ms. Madeline Gitomer
    Mr. Gene Patrick Hamilton
    Mr. Matthew S. Hellman
    Mr. Richard Hughes IV
    Ms. Sarah A Hunger
    Mr. Daniel Jarcho
    Ms. Corinne Johnson
    Ms. Alisa Beth Klein
    Mr. Christopher M. Lynch
    Mr. Sean Michael Marotta
    Mr. Jonathan F. Mitchell
     Martha Jane Perkins
    Ms. Beth Bivans Petronio
    Mr. Andrew John Pincus
    Mr. Michael S. Raab
     William Alvarado Rivera
    Mr. Nicolas Sansone
    Mr. Brian Walters Stoltz
    Mr. David Willner
    Ms. Allison M. Zieve