# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 28, 2023

Mr. Kwaku A. Akowuah
Sidley Austin, L.L.P.
1501 K Street, N.W.
Washington, DC 20005

   No. 23-10326    Braidwood Mgmt v. Becerra
              USDC No. 4:20-CV-283

Dear Mr. Akowuah,

The amicus brief attached to the motion seeking leave to file has been filed as of June 27, 2023. Since the amicus brief was consented, the motion seeking leave to file is unnecessary. No action has been taken on same.

Also, you must electronically file a "Form for Appearance of Counsel" within 14 days from this date. You must name each party you represent, see **FED. R. APP. P.** 12(b) and **5TH CIR. R.** 12 & 46.3. The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov. If you fail to electronically file the form, the brief will be stricken and returned unfiled.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Mary Frances Yeager, Deputy Clerk
                              504-310-7686

cc:   Mr. Daniel J. Aguilar
      Mr. Jordan Ascher
      Mr. Kenneth Lee Blalack II
      Mr. Brian David Boyle
      Ms. Connie K. Chan
      Ms. Barbara Chisholm

Mr. Andrew H. DeVoogd
Mr. Jonathan Michael Eisenberg
Mr. Charles William Fillmore
Mr. David Charles Frederick
Ms. Madeline Gitomer
Mr. Gene Patrick Hamilton
Mr. Matthew S. Hellman
Mr. Richard Hughes IV
Ms. Sarah A Hunger
Mr. Daniel Jarcho
Ms. Corinne Johnson
Ms. Alisa Beth Klein
Mr. Christopher M. Lynch
Mr. Sean Michael Marotta
Mr. Jonathan F. Mitchell
Ms. Martha Jane Perkins
Ms. Beth Bivans Petronio
Mr. Andrew John Pincus
Mr. Michael S. Raab
Mr. William Alvarado Rivera
Mr. Nicolas Sansone
Mr. Brian Walters Stoltz
Mr. David Willner
Ms. Allison M. Zieve