No. 23-10326

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

BRAIDWOOD MANAGEMENT, INC., *et al.*

    *Plaintiffs-Appellees-Cross-Appellants*,

v.

XAVIER BECERRA, *et al.*,

    *Defendants-Appellants-Cross-Appellees*.

On Appeal from the United States District Court
for the Northern District of Texas,
No. 4:20-CV-283-O, Hon. Reed C. O'Connor

## UNOPPOSED MOTION OF GILEAD SCIENCES, INC. FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* IN SUPPORT OF DEFENDANTS-APPELLANTS

Kwaku A. Akowuah
  *Counsel of Record*
Madeleine Joseph*
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
(202) 736-8000
kakowuah@sidley.com

*Admitted only in Massachusetts; pending approval of application for admission to the D.C. Bar, practicing law in the District of Columbia under the supervision of principals of the firm who are members in good standing of the D.C. Bar.

*Counsel for Movant Gilead Sciences, Inc.*

# CERTIFICATE OF INTERESTED PARTIES

The undersigned counsel of record certifies that the following listed entity as described in Rule 28.2.1, in addition to those disclosed in the parties' statements of interested parties, has an interest in the outcome of this case. These representations are made so that the judges of this Court may evaluate possible disqualification or recusal.

Gilead Sciences, Inc. has no parent corporation. No publicly traded corporation owns 10% or more of Gilead Sciences, Inc.'s stock.

## MOTION FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE*

Pursuant to Federal Rule of Appellate Procedure 29 and Fifth Circuit Rule 29.1, Gilead Sciences, Inc. moves for leave to file the attached brief in support of defendants-appellants.

1. Gilead Sciences, Inc. is a research-based biopharmaceutical company that discovers, develops, and commercializes innovative medicines in areas of unmet medical need. Gilead developed and commercialized the first antiretroviral medicine for the protection of individuals who may be exposed to HIV but have not yet acquired the virus—drug regimen pre-exposure prophylaxis ("PrEP"). Gilead's groundbreaking FDA-approved PrEP medications are called TRUVADA for PrEP® and DESCOVY for PrEP®.

2. The U.S. Preventive Services Task Force ("USPSTF") issued a Grade A recommendation for PrEP medication and related ancillary services, such as HIV testing and medication-adherence counseling. Following the USPSTF's recommendation, medically appropriate PrEP medications and related ancillary services became available with no patient cost sharing for most commercially insured patients by the start of 2021.

3. Gilead has a strong interest in ensuring the continued availability of PrEP and, in particular, related ancillary services without patient cost sharing.

4. Gilead files this brief to ensure that as the Court considers the parties' appeals in this case, it does so with the benefit of a full and complete understanding of the benefits preventive medicines like PrEP bring to people, communities, and public health..

5. Counsel for Gilead contacted the parties' counsel for their position on this motion. Counsel for the parties consent to this motion.

## CONCLUSION

The motion for leave to file the attached brief of *amicus curiae* should be granted.

| | |
|---|---|
| June 27, 2023 | Kwaku A. Akowuah<br>  *Counsel of Record*<br>Madeleine Joseph*<br>SIDLEY AUSTIN LLP<br>1501 K Street, NW<br>Washington, DC 20005<br>(202) 736-8000<br>kakowuah@sidley.com |
| | *Admitted only in Massachusetts; pending approval of application for admission to the D.C. Bar, practicing law in the District of Columbia under the supervision of principals of the firm who are members in good standing of the D.C. Bar. |

2

3

*Counsel for* Movant *Gilead Sciences, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of June, 2023, an electronic copy of the foregoing was filed with the Clerk of Court for the United States Court of Appeals for the Fifth Circuit using the appellate CM/ECF system, and that service will be accomplished by the appellate CM/ECF system.

*/s/ Kwaku A. Akowuah*
Kwaku A. Akowuah

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limitation of Federal Rules of Appellate Procedure 29(a)(5) and 32(a)(7)(B) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f) and Fifth Circuit Rule 32.2, this document contains 265 words.

This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14 point Century Schoolbook font.

Dated:  June 27, 2023              */s/ Kwaku A. Akowuah*
                                    Kwaku A. Akowuah