No. 23-10326

# In the United States Court of Appeals
# for the Fifth Circuit

---

BRAIDWOOD MANAGEMENT, INC., *et al.,*
*Plaintiffs-Appellees/Cross-Appellants,*

v.

XAVIER BECERRA, *in his official capacity as*
SECRETARY OF HEALTH AND HUMAN SERVICES, *et al.,*
*Defendants-Appellants/Cross-Appellees.*

---

On Appeal from the United States District Court
for the Northern District of Texas, Fort Worth Division
Case No. 4:20-cv-283

---

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* AMERICAN MEDICAL ASSOCIATION, AEROSPACE MEDICAL ASSOCIATION, AMERICAN ACADEMY OF OPHTHALMOLOGY, AMERICAN ACADEMY OF PEDIATRICS, AMERICAN COLLEGE OF CARDIOLOGY, AMERICAN COLLEGE OF CHEST PHYSICIANS, AMERICAN COLLEGE OF LIFESTYLE MEDICINE, AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS, AMERICAN COLLEGE OF OCCUPATIONAL AND ENVIRONMENTAL MEDICINE, AMERICAN COLLEGE OF PHYSICIANS, AMERICAN COLLEGE OF PREVENTIVE MEDICINE, AMERICAN GASTROENTEROLOGICAL ASSOCIATION, AMERICAN MEDICAL WOMEN'S ASSOCIATION, AMERICAN OSTEOPATHIC ASSOCIATION, AMERICAN PSYCHIATRIC ASSOCIATION, AMERICAN SOCIETY OF CLINICAL ONCOLOGY, AMERICAN SOCIETY OF ECHOCARDIOGRAPHY,**

**AMERICAN SOCIETY FOR GASTROINTESTINAL ENDOSCOPY,
AMERICAN THORACIC SOCIETY, AMERICAN SOCIETY OF
NEPHROLOGY, GLMA: HEALTH PROFESSIONALS
ADVANCING LGBTQ+ EQUALITY, INFECTIOUS DISEASES
SOCIETY OF AMERICA, NATIONAL HISPANIC MEDICAL
ASSOCIATION, NATIONAL MEDICAL ASSOCIATION, RENAL
PHYSICIANS ASSOCIATION, SOCIETY FOR MATERNAL-
FETAL MEDICINE, SOCIETY OF LAPAROSCOPIC AND
ROBOTIC SURGEONS, AND UNDERSEA AND HYPERBARIC
MEDICAL SOCIETY, INC.,
IN SUPPORT OF DEFENDANTS-APPELLANTS/CROSS-
APPELLEES**

Madeline H. Gitomer
*Counsel of Record*
Sarah R. Goetz
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
mgitomer@democracyforward.org
sgoetz@democracyforward.org

*Counsel for Proposed Amici Curiae*

Pursuant to Federal Rule of Appellate Procedure 29 and Fifth Circuit Rule 29, proposed *amici* move for leave to file the attached brief in support of Defendants-Appellants/Cross-Appellees. All parties consent to this motion and to the filing of the attached *amicus curiae* brief.

Proposed *amici* are medical associations and societies that represent practicing physicians who provide vital preventive healthcare services to millions of patients. Proposed *amici* include the following:

The **American Medical Association** (AMA) is the largest professional association of physicians, residents, and medical students in the United States. Additionally, through state and specialty medical societies and other physician groups seated in its House of Delegates, substantially all physicians, residents, and medical students in the United States are represented in the AMA's policy-making process. Founded in 1847, the AMA promotes the art and science of medicine and the betterment of public health, and these remain its core purposes. The AMA's members practice in every medical specialty and in every state. The AMA joins this brief on its own behalf and as a representative of the Litigation Center of the American Medical

1

Association and the State Medical Societies. The Litigation Center is a coalition among the AMA and the medical societies of each state and the District of Columbia. Its purpose is to represent the viewpoint of organized medicine in the courts.

The **Aerospace Medical Association** is the largest and most-representative professional membership organization in the fields of aerospace medicine and human performance. Aerospace Medicine physicians are certified by the American Board of Preventive Medicine and their professional practice is focused on the prevention of illness and injury. The Aerospace Medical Association is interested in preserving free preventive medicine services for all U.S. citizens.

The **American Academy of Ophthalmology** is the world's largest association of ophthalmologists—medical and osteopathic doctors who provide comprehensive eye care including medical, surgical, and optical care. A global community of 32,000 medical doctors, we protect sight and empower lives by setting the standards for ophthalmic education and advocating for our patients and the public.

The **American Academy of Pediatrics** (AAP) was founded in 1930 and is a national, not-for-profit professional organization

dedicated to furthering the interests of child and adolescent health. Since AAP's inception, its membership has grown from 60 physicians to over 67,000 primary care pediatricians, pediatric medical subspecialists, and pediatric surgical specialists. Over the past 90 years, AAP has become a powerful voice for child and adolescent health through education, research, advocacy, and the provision of expert advice. Among other things, AAP has worked with the federal and state governments, health care providers, and parents on behalf of America's children and adolescents to ensure the availability of effective preventive services.

As the global leader in transforming cardiovascular care and improving heart health for all, the **American College of Cardiology** (ACC) is committed to ensuring patient access to preventive screening and evidence-based treatment and medication, while also equipping its more than 56,000 members with the clinical guidance, education and tools necessary to optimize patient care and outcomes. Since 1949, the ACC has served as the preeminent source of professional medical education for the entire cardiovascular care team and continues to lead in the formation of health policy, clinical quality solutions and

guidelines, as well as the dissemination of world-class research and science across its family of JACC Journals.

The **American College of Chest Physicians** (CHEST) is the global leader in advancing best patient outcomes through innovative chest medicine education, clinical research, and team-based care. With more than 21,000 members representing more than 100 countries around the world, its mission is to champion the prevention, diagnosis, and treatment of chest diseases through education, communication, and research. CHEST invests resources directly in developing clinical guidance aimed at enabling the diagnosis and treatment of diseases and advocates for the implementation of policies best designed to promote disease prevention and improve public health.

The **American College of Lifestyle Medicine** (ACLM) is the medical professional society providing quality education and certification to those dedicated to clinical and worksite practice of lifestyle medicine as the foundation of a transformed and sustainable health care system.

The **American College of Obstetricians and Gynecologists** (ACOG) is the nation's leading group of physicians providing health

care for women. With more than 62,000 members, ACOG advocates for quality health care for women, maintains the highest standards of clinical practice and continuing education of its members, and is committed to ensuring access to the full spectrum of evidence-based quality reproductive health care, including abortion care. ACOG's briefs and medical practice guidelines have been cited by numerous authorities, including the U.S. Supreme Court, as a leading provider of authoritative scientific data regarding childbirth and abortion.

Founded in 1916, the **American College of Occupational and Environmental Medicine** (ACOEM) is the nation's largest medical society dedicated to promoting employee health through preventive medicine, clinical care, research, and education. The College represents over 4,000 physicians and other healthcare professionals specializing in occupational and environmental medicine (OEM) devoted to promoting optimal health and safety of workers, workplaces, and environments. OEM is a board-certified specialty under the American Board of Preventive Medicine (ABPM) that identifies, prevents, and mitigates adverse effects of hazardous agents and conditions in the workplace and environment. ACOEM and its members are committed to ensuring

patients have access to preventive health care services to keep them healthy throughout all stages of life.

The **American College of Physicians** (ACP) is the largest medical specialty organization in the United States with members in more than 145 countries worldwide. ACP membership includes 160,000 internal medicine physicians, related subspecialists, and medical students. Internal medicine physicians are specialists who apply scientific knowledge and clinical expertise to the diagnosis, treatment, and compassionate care of adults across the spectrum from health to complex illness.

The **American College of Preventive Medicine** (ACPM) is a professional medical society representing more than 2,000 preventive medicine physicians dedicated to improving the health and quality of life of individuals, families, communities and populations through disease prevention and health promotion. ACPM advocates for the important role of preventive medicine in our healthcare system.

The **American Gastroenterological Association** has been supportive of the preventive benefits package in the Affordable Care Act as it has made strides in increasing screening rates in colorectal cancer

(CRC), which remains the number two cancer killer in the U.S. Additionally, since the implementation of the ACA, there has been a decline in morbidity and mortality in CRC which is directly related to this benefit. Since the implementation, additional financial barriers to screening have been eliminated to help more patients access screening services. Unraveling this benefit would be detrimental to our nation's public health and Americans' ability to utilize prevention services.

The **American Medical Women's Association** (AMWA) is the oldest multi-specialty organization for women in medicine. Founded in 1915, AMWA's mission is to advance women in medicine, advocate for equity, and ensure excellence in health care. This is achieved by providing and developing programs in advocacy, leadership, education, and mentoring. AMWA and its members are dedicated to ensuring excellence in clinical care for all Americans.

The **American Osteopathic Association** represents more than 178,000 osteopathic physicians (DOs) and osteopathic medical students; promotes public health; encourages scientific research; and serves as the primary certifying body for DOs. Osteopathic physicians practice in every medical specialty and in every state. DOs are trained in a patient-

centered, whole person approach to care, and partner with patients to understand their backgrounds and health care needs. The cornerstones of the osteopathic philosophy are prevention and wellness.

The **American Psychiatric Association**, with more than 38,000 members, is the nation's leading organization of physicians who specialize in psychiatry. Its member physicians work to ensure high-quality care and effective treatment for all persons with mental health disorders. The American Psychiatric Association and their members have a strong interest in protecting patients' access to psychiatric care and to ensuring that patients have access to essential preventive mental health care services.

The **American Society of Clinical Oncology** (ASCO) is a national organization representing more than 45,000 physicians and other health care professionals specializing in cancer treatment, diagnosis, and prevention. ASCO is committed to ensuring that equitable, evidence-based practices for the prevention, diagnosis, and treatment of cancer are available to all Americans.

The **American Society of Echocardiography** (ASE) supports the requirement that certain preventive services be provided at no cost

to patients. Striking down this requirement will have grave consequences to the health and lives of millions of Americans.

Physician members of the **American Society for Gastrointestinal Endoscopy** provide screening colonoscopies, which has an "A" rating from the U.S. Preventive Services Task Force for those age 50–75. This means that colorectal cancer screening in this age group is a covered preventive service without cost-sharing. After March 23, 2010, the USPSTF increased access to preventive colorectal cancer screening by assigning a "B" rating for screening in individuals age 45–49. Therefore, this court case could jeopardize access to colorectal cancer screening without cost-sharing in the 45–49 age population.

The **American Thoracic Society** is the world's leading medical society dedicated to accelerating the advancement of global respiratory health through multidisciplinary collaboration, education, and advocacy. Core activities of the Society's more than 16,000 members are focused on leading scientific discoveries, advancing professional development, impacting global health, and transforming patient care.

The **American Society of Nephrology** strongly supports the delivery of recommended preventive services without cost sharing as

9

determined by the independent, evidence-based U.S. Preventive Services Task Force and encourages the use of more screening measures to improve patient outcomes. Prevention and early detection are key to slowing or stopping the progression of kidney diseases to complete kidney failure: recent research of new therapies to slow the progression of kidney diseases provides promise to advance kidney health, improve quality of care, and avoid costly kidney failure.

As the oldest and largest association of LGBTQ+ and allied health professionals, **GLMA: Health Professionals Advancing LGBTQ+ Equality** (GLMA) is dedicated to the promotion of health equity and access to affirming health care, including abortion care. GLMA is also invested in advancing inclusive health policy informed by medical evidence, not mis- and disinformation.

The **Infectious Diseases Society of America** is a community of over 12,000 physicians, scientists, and public health experts who specialize in infectious diseases. Its purpose is to improve the health of individuals, communities, and society by promoting excellence in patient care, education, research, public health, and prevention relating to infectious diseases.

The **National Hispanic Medical Association** was established in 1994 and is a non-profit association representing the interests of more than 50,000 licensed Hispanic physicians in the United States. Its mission is to empower Hispanic physicians in their efforts to improve the health of underserved populations, including increasing access to preventive health services.

The **National Medical Association** (NMA) is the collective voice of African American physicians and the leading force for parity and justice in medicine and the elimination of disparities in health. The NMA is the largest and oldest national organization representing African American physicians (over 50,000) and their patients in the United States. NMA is committed to improving the quality of health among minorities and disadvantaged people through its membership, professional development, community health education, advocacy, research and partnerships with federal and private agencies. Throughout its history the National Medical Association has focused primarily on health issues related to African Americans and medically underserved populations; however, its principles, goals, initiatives, and philosophy encompass all ethnic groups.

11

The **Renal Physicians Association** (RPA) represents nearly 3,500 nephrology providers across the country. Our membership consists of front line providers for millions of Americans with kidney disease. RPA believes that removing the ACA mandate for no-cost preventative care would cost the lives of kidney disease patients, increase the cost of overall cost of care, and result in poor health outcomes for this extremely vulnerable patient population.

The **Society for Maternal-Fetal Medicine** (SMFM), founded in 1977, is the medical professional society for maternal-fetal medicine subspecialists, who are obstetricians with additional training in high-risk pregnancies. SMFM represents more than 5,500 members who care for high-risk pregnant people and provides education, promotes research, and engages in advocacy to advance optimal and equitable perinatal outcomes for all people who desire and experience pregnancy. SMFM and its members are dedicated to ensuring patients have access to preventive healthcare services to keep them healthy before, during, and after pregnancy.

The **Society of Laparoscopic and Robotic Surgeons** (SLS) endeavors to improve patient care and promote the highest standards of

12

practice through education, training, and information distribution. SLS provides a forum for the introduction, discussion and dissemination of new and established ideas, techniques and therapies in minimal access surgery. Ensuring that patients can receive appropriate, preventive-care services without financial barriers is of the utmost importance to public health.

The **Undersea and Hyperbaric Medical Society, Inc.** (UHMS) believes that preventive health care services improve health outcomes and the functioning of the health system, overall.

## ARGUMENT

Proposed *amici* represent hundreds of thousands of American physicians and other health professionals. Proposed *amici* submit the attached brief to explain how the decision below jeopardizes access to preventive healthcare services for millions of Americans and reverse positive trends in patient health achieved by the early detection and treatment of diseases and other medical conditions. As professional organizations representing physicians across the country, proposed *amici* know the value of preventive-care services in helping their patients to live long, healthy lives. Proposed *amici* therefore seek to file

this brief to provide a medical perspective on the issues in this case, with a specific focus on the importance of eliminating financial barriers to accessing preventive care.

Whether to grant a motion for leave to participate as *amicus curiae* is within the Court's discretion. *Richardson v. Flores*, 979 F.3d 1102, 1106 (5th Cir. 2020). Courts typically grant leave to file as amicus curiae when amici demonstrate sufficient interest in a case and their brief is relevant to the issues raised in the case. *See Neonatology Assocs., P.A. v. Comm'r of Internal Revenue*, 293 F.3d 128, 129 (3d Cir. 2002) (Alito, J.) (granting leave where "amici have a sufficient 'interest' in the case and . . . their brief is 'desirable' and discusses matters that are 'relevant to the disposition of the case'" (quoting Fed. R. App. P. 29(a)(3)).

The Court should grant proposed *amici's* motion because the proposed brief is timely and useful. It is timely because it is filed "no later than 7 days after the principal brief of the party being supported is filed," Fed. R. App. P. 29(a)(6), and in advance of plaintiffs-appellees' response-brief deadline. And the brief may be useful to the Court because it provides scientific and medical information not present in the

14

parties' briefs. It provides a physician's perspective on the importance of preventive care, how financial barriers discourage the use of preventive care, how the ACA substantially alleviated those barriers, and how the district court's decision could result in millions of Americans losing access to or forgoing preventive care.

Pursuant to Federal Rule of Appellate Procedure 29(a)(4)(E), proposed *amici* state that no counsel for any party authored the proposed brief in whole or in part, and no person or entity, other than *amici* and their counsel, made a monetary contribution intended to fund the preparation or submission of this brief.

Accordingly, proposed *amici* respectfully request that this Court grant leave to file the attached brief.

Respectfully submitted,

*s/* Madeline H. Gitomer

Madeline H. Gitomer
    *Counsel of Record*
Sarah R. Goetz
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
mgitomer@democracyforward.org
sgoetz@democracyforward.org

*Counsel for Amici Curiae*

Dated: June 27, 2023

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the type-volume limit of

Fed. R. App. P. 27(d)(2)(A) because, excluding the parts exempted by

Fed. R. App. P. 32(f) and 5th Cir. R. 32(b), this document contains 2,555

words.

This filing also complies with the typeface requirements of Fed. R.

App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P.

32(a)(6) because it has been prepared in a proportionally spaced

typeface using Microsoft Word 365 in 14-point Century Schoolbook font.

s/ Madeline H. Gitomer

Madeline H. Gitomer
    *Counsel of Record*

Dated: June 27, 2023

# CERTIFICATE OF SERVICE

I, Madeline H. Gitomer, counsel for *amici*, certify that on June 27, 2023, a copy of the foregoing motion was filed electronically through the appellate CM/ECF system with the Clerk of the Court. I further certify that all parties required to be served have been served.

s/ Madeline H. Gitomer

Madeline H. Gitomer
*Counsel of Record*

Dated: June 27, 2023