# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

June 28, 2023

Ms. Madeline Gitomer
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043

    No. 23-10326    Braidwood Mgmt v. Becerra
                         USDC No. 4:20-CV-283

Dear Ms. Gitomer,

We received your motion to file amici brief. In light of the amici brief being consented, we are taking no action on this motion as it's unnecessary.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Mary Frances Yeager, Deputy Clerk
                    504-310-7686

cc:  Mr. Daniel J. Aguilar
     Mr. Kwaku A. Akowuah
     Mr. Jordan Ascher
     Mr. Kenneth Lee Blalack II
     Mr. Brian David Boyle
     Ms. Connie K. Chan
     Ms. Barbara Chisholm
     Mr. Andrew H. DeVoogd
     Mr. Jonathan Michael Eisenberg
     Mr. Charles William Fillmore
     Mr. David Charles Frederick
     Mr. Gene Patrick Hamilton
     Mr. Matthew S. Hellman
     Mr. Richard Hughes IV
     Ms. Sarah A Hunger
     Mr. Daniel Jarcho

```
Ms. Corinne Johnson
Ms. Alisa Beth Klein
Mr. Christopher M. Lynch
Mr. Sean Michael Marotta
Mr. Jonathan F. Mitchell
Ms. Martha Jane Perkins
Ms. Beth Bivans Petronio
Mr. Andrew John Pincus
Mr. Michael S. Raab
Mr. William Alvarado Rivera
Mr. Nicolas Sansone
Mr. Brian Walters Stoltz
Mr. David Willner
Ms. Allison M. Zieve
```