# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 29, 2023

Mr. Daniel Jarcho
Alston & Bird, L.L.P.
950 F Street, N.W.
Atlantic Building
Washington, DC 20004-1404

    No. 23-10326   Braidwood Mgmt v. Becerra
                    USDC No. 4:20-CV-283

Dear Mr. Jarcho,

The following pertains to your brief electronically filed on June 27, 2023.

Caption on the brief does not agree with the caption of the case in compliance with FED. R. APP. P. 32(a)(2)(C). Caption must exactly match the Court's Official Caption (See Official Caption below)

Note: Once you have prepared your sufficient brief, you must electronically file your 'Proposed Sufficient Brief' by selecting from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system. Please do not send paper copies of the brief until requested to do so by the clerk's office. The brief is not sufficient until final review by the clerk's office. If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary. The certificate of service/proof of service on your proposed sufficient brief **MUST** be dated on the actual date that service is being made. Also, if your brief is sealed, this event automatically seals/restricts any attached documents, therefore you may still use this event to submit a sufficient brief.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Roeshawn Johnson
Roeshawn Johnson, Deputy Clerk
504-310-7998

cc:
- Mr. Daniel J. Aguilar
- Mr. Kwaku A. Akowuah
- Mr. Jordan Ascher
- Mr. Kenneth Lee Blalack II
- Mr. Brian David Boyle
- Ms. Connie K. Chan
- Ms. Barbara Chisholm
- Mr. Andrew H. DeVoogd
- Mr. Jonathan Michael Eisenberg
- Mr. Charles William Fillmore
- Mr. David Charles Frederick
- Ms. Madeline Gitomer
- Mr. Gene Patrick Hamilton
- Mr. Matthew S. Hellman
- Mr. Richard Hughes IV
- Ms. Sarah A Hunger
- Ms. Corinne Johnson
- Ms. Alisa Beth Klein
- Mr. Christopher M. Lynch
- Mr. Sean Michael Marotta
- Mr. Jonathan F. Mitchell
- Ms. Martha Jane Perkins
- Ms. Beth Bivans Petronio
- Mr. Andrew John Pincus
- Mr. Michael S. Raab
- Mr. William Alvarado Rivera
- Mr. Nicolas Sansone
- Mr. Brian Walters Stoltz
- Mr. David Willner
- Ms. Allison M. Zieve

Case No. 23-10326

Braidwood Management, Incorporated; John Scott Kelley; Kelley Orthodontics; Ashley Maxwell; Zach Maxwell; Joel Starnes,

    Plaintiffs - Appellees/Cross-Appellants

Joel Miller; Gregory Scheideman,

    Plaintiffs - Cross-Appellants

v.

Xavier Becerra, Secretary, U.S. Department of Health and Human Services, in his official capacity as Secretary of Health and Human Services; United States of America; Janet Yellen, Secretary, U.S. Department of Treasury, in her official capacity as Secretary of the Treasury; Julie A. Su, Acting Secretary, U.S. Department of Labor, in her official capacity as Secretary of Labor,

    Defendants - Appellants/Cross-Appellees