# United States Court of Appeals
**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

July 24, 2023

Mr. Richard Hughes IV
Epstein Becker & Green, P.C.
1227 25th Street, N.W.
Suite 700
Washington, DC 20037-1156

    No. 23-10326   Braidwood Mgmt v. Becerra
                          USDC No. 4:20-CV-283

Dear Mr. Hughes,

We filed your brief. However, you must make the following corrections within the next 14 days.

You need to correct or add:

The brief must include a statement stating all parties have consented to the filing of the brief.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Renee S. McDonough, Deputy Clerk
                          504-310-7673

cc:
    Mr. Daniel J. Aguilar
    Mr. Kwaku A. Akowuah
    Mr. Jordan Ascher
    Mr. Kenneth Lee Blalack II
    Mr. Brian David Boyle
    Ms. Connie K. Chan
    Ms. Barbara Chisholm
    Mr. Andrew H. DeVoogd
    Mr. Jonathan Michael Eisenberg
    Mr. Charles William Fillmore
    Mr. David Charles Frederick
    Ms. Madeline Gitomer

```
Mr. Gene Patrick Hamilton
Mr. Matthew S. Hellman
Ms. Sarah A Hunger
Mr. Daniel Jarcho
Ms. Corinne Johnson
Mr. Madeleine Joseph
Ms. Alisa Beth Klein
Mr. Christopher M. Lynch
Mr. Sean Michael Marotta
Mr. Jonathan F. Mitchell
 Martha Jane Perkins
Ms. Beth Bivans Petronio
Mr. Andrew John Pincus
Ms. Claire Prestel
Mr. Michael S. Raab
 William Alvarado Rivera
Mr. Nicolas Sansone
Mr. Brian Walters Stoltz
Mr. David Willner
Ms. Allison M. Zieve
```