

October 11, 2023

United States Court of Appeals
Fifth Circuit
Office Of the Clerk
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130-3408

Dear Clerk of the Court,

We submit an amended version of Brief of Amici Curiae American Medical Association et al. in Support of Defendants-Appellants/Cross-Appellees, ECF No. 276. No changes have been made within the argument or the substance of the document. The two changes are as follows:

- Caption page: title of brief amended to include Undersea & Hyperbaric Medical Society and American Academy of Family Physicians

- Page i: list of *amici curiae* amended to include Undersea & Hyperbaric Medical Society and American Academy of Family Physicians

The purpose of these changes is solely to include two *amici curiae* to the brief, who were inadvertently omitted from the first filing. Beyond these two minor changes to the list of *amici curiae*, the amended brief remains <u>identical</u> to the original brief filed, ECF No. 276. Please see the amended brief attached.

Your understanding and assistance with this matter is greatly appreciated.


Respectfully submitted,

<u>/s/ Carrie Y. Flaxman</u>

Carrie Y. Flaxman