# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
~~NEW ORLEANS, LA 70130~~

December 01, 2023

No. 23-10326    Braidwood Mgmt v. Becerra
USDC No. 4:20-CV-283

Dear Counsel,

You must submit the 7 paper copies of your brief required by **5TH CIR. R.** 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the 4 paper copies of your record excerpts required by **5TH CIR. R.** 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See **5TH CIR. R.** 30.1.7(c).

The paper copies of your brief/record excerpts must **not** contain a header noting "RESTRICTED". Therefore, please be sure that you print your paper copies **from this notice of docket activity** and not the proposed sufficient brief/record excerpts filed event so that it will contain the proper filing header. Alternatively, you may print the sufficient brief/record excerpts directly from your original file without any header.

The covers of your documents must be the following colors: Appellant brief must be blue. Appellee brief must be red. Appellant reply brief must be gray. Record excerpts must be white. Amicus brief must be green.

You may refer to Fed. R. App. P. 32 for guidance regarding paper copies of briefs and record excerpts.

**DO NOT INCLUDE ANY DEFICIENCY NOTICES WITHIN THE PAPER COPIES.**

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Pamela F. Trice, Deputy Clerk
504-310-7633


Mr. Daniel J. Aguilar
Mr. Kwaku A. Akowuah
Mr. Jordan Ascher
Mr. K. Lee Blalack II
Mr. Brian David Boyle
Mr. Jay R. Carson
Ms. Connie K. Chan
Ms. Barbara Chisholm
Mr. Andrew H. DeVoogd
Mr. Jonathan Michael Eisenberg
Mr. Charles William Fillmore
Ms. Carrie Yvette Flaxman
Mr. David Charles Frederick
Ms. Madeline Gitomer
Mr. Gene Patrick Hamilton
Mr. Matthew S. Hellman
Mr. Richard Hughes IV
Ms. Sarah A Hunger
Mr. Daniel Jarcho
Ms. Corinne Johnson
Mr. Madeleine Joseph
Ms. Alisa Beth Klein
Mr. Christopher M. Lynch
Mr. Sean Michael Marotta
Mr. Jonathan F. Mitchell
 Martha Jane Perkins
Ms. Beth Bivans Petronio
Ms. Lanora Christine Pettit
Mr. Andrew John Pincus
Ms. Claire Prestel
Mr. Michael S. Raab
 William Alvarado Rivera
Mr. Nicolas Sansone
Mr. Brian Walters Stoltz
Ms. Alison Ann Tanner
Mr. David Willner
Ms. Allison M. Zieve