# *United States Court of Appeals*
**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

January 08, 2024

Mr. Daniel J. Aguilar
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Suite 7266
Washington, DC 20530

Mr. Kwaku A. Akowuah
Sidley Austin, L.L.P.
1501 K Street, N.W.
Washington, DC 20005

Mr. Jordan Ascher
O'Melveny & Myers, L.L.P.
7 Times Square
Times Square Tower
New York, NY 10036

Mr. K. Lee Blalack II
O'Melveny & Myers, L.L.P.
1625 Eye Street, N.W.
Washington, DC 20006

Mr. Brian David Boyle
O'Melveny & Myers, L.L.P.
1625 Eye Street, N.W.
Washington, DC 20006

Mr. Jay R. Carson
Wegman Hessler Valore
6055 Rockside Woods Boulevard
Suite 200
Cleveland, OH 44131

Ms. Connie K. Chan
Altshuler Berzon, L.L.P.
177 Post Street
Suite 300
San Francisco, CA 94108-0000

Ms. Barbara Chisholm
Altshuler Berzon, L.L.P.
177 Post Street
Suite 300
San Francisco, CA 94108-0000

Mr. Andrew H. DeVoogd
Mintz Levin Cohn Ferris Glovsky & Popeo, P.C.
1 Financial Center
Boston, MA 02111-0000

Mr. Jonathan Michael Eisenberg
AIDS Healthcare Foundation
6255 W. Sunset Boulevard
21st Floor
Los Angeles, CA 90028

Mr. Charles William Fillmore
Fillmore Law Firm, L.L.P.
201 Main Street
Suite 700
Fort Worth, TX 76102

Ms. Carrie Yvette Flaxman
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043

Mr. David Charles Frederick
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street, N.W.
Sumner Square
Suite 400
Washington, DC 20036

Ms. Madeline Gitomer
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043

Mr. Gene Patrick Hamilton
America First Legal Foundation
611 Pennsylvania Avenue, S.E.
Suite 231
Washington, DC 20003

Mr. Matthew S. Hellman
Jenner & Block, L.L.P.
1099 New York Avenue, N.W.
Washington, DC 20001-4412

Mr. Richard Hughes IV
Epstein Becker & Green, P.C.
1227 25th Street, N.W.
Suite 700
Washington, DC 20037-1156

Ms. Sarah A Hunger
Illinois Attorney General's Office
Solicitor General's Office
115 S. LaSalle Street
23rd Floor
Chicago, IL 60603

Mr. Daniel Jarcho
Alston & Bird, L.L.P.
950 F Street, N.W.
Atlantic Building
Washington, DC 20004-1404

Ms. Corinne Johnson
Altshuler Berzon, L.L.P.
177 Post Street
Suite 300
San Francisco, CA 94108-0000

Mr. Madeleine Joseph
Sidley Austin, L.L.P.
1501 K Street, N.W.
Washington, DC 20005

Ms. Alisa Beth Klein
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Room 7235
Washington, DC 20530

Mr. Christopher M. Lynch
U.S. Department of Justice
Civil Division
1100 L Street, N.W.
Poc Agostinho, Jean
Washington, DC 20530

Mr. Sean Michael Marotta
Hogan Lovells US, L.L.P.
555 13th Street, N.W.
Columbia Square
Washington, DC 20004

Mr. Jonathan F. Mitchell
111 Congress Avenue
Suite 400
Austin, TX 78701-0000

Martha Jane Perkins
National Health Law Program
1512 E. Franklin Street
Suite 110
Chapel Hill, NC 27514

Ms. Beth Bivans Petronio
K & L Gates, L.L.P.
1717 Main Street
Suite 2800
Dallas, TX 75201

Ms. Lanora Christine Pettit
Office of the Texas Attorney General
Solicitor General Division
P.O. Box 12548 (MC-059)
Austin, TX 78711-2548

Mr. Andrew John Pincus
Mayer Brown, L.L.P.
1999 K Street, N.W.
Washington, DC 20006-1101

Ms. Claire Prestel
Service Employees International Union
1800 Massachusetts Avenue, N.W.
6th Floor
Washington, DC 20036-0000

Mr. Michael S. Raab
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Room 7237
Washington, DC 20530

William Alvarado Rivera
AARP Foundation Litigation
601 E Street, N.W.
Washington, DC 20049

Mr. Nicolas Sansone
Public Citizen Litigation Group
1600 20th Street, N.W.
Washington, DC 20009

Mr. Brian Walters Stoltz
U.S. Attorney's Office
Northern District of Texas
1100 Commerce Street
3rd Floor
Dallas, TX 75242-1699

Ms. Alison Ann Tanner
National Women's Law Center
1350 I Street, N.W.
Suite 700
Washington, DC 20005

Mr. David Willner
Hogan Lovells US, L.L.P.
1601 Wewatta Street
Suite 900
Denver, CO 80202

Ms. Allison M. Zieve
Public Citizen Litigation Group
1600 20th Street, N.W.
Washington, DC 20009

    No. 23-10326    Braidwood Mgmt v. Becerra
                           USDC No. 4:20-CV-283

Dear Counsel,

This is the Court's third request for paper copies of briefs and record excerpts in the above case. These filings were due December 6, 2023.

Please send the necessary paper copies **via overnight delivery**.

If paper copies have been sent, please disregard this request.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          *[signature: Mary Frances Yeager]*

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686