# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 23, 2024

No. 23-10326   Braidwood Mgmt v. Becerra
              USDC No. 4:20-CV-283

Dear

The above referenced case has been scheduled for oral argument on 03/04/2024. It will be held in New Orleans - West Courtroom at 1:00.  The Oral Argument session number is 31.

**Arguing counsel is responsible for electronically filing the Oral Argument Acknowledgment Form by no later than 02/12/2024.** To submit your form, log in to CM/ECF and select the event 'Oral Argument Acknowledgment Form Filed.' Please include your session number when completing the Oral Argument Acknowledgment Form.

IMPORTANT: Please confer with all counsel on your side regarding the order and division of time before submitting the form. This step is critical to ensure you are providing the court with accurate information. The court will not allow any changes except in emergency situations.

**The Oral Argument Acknowledgment Form is available on our website at https://www.ca5.uscourts.gov/oral-argument-information/attending-oral-arguments.** Also available on this page are links to the 'Court and Special Hearings Calendar' and 'Court Policy on Electronic Devices'.

If you have not electronically filed a "Form for Appearance of Counsel," you must do so before filing the Oral Argument Acknowledgment Form.  You must name each party you represent, See Fed. R. App. P. and 5th Cir. R. 12.  The form is available at https://www.ca5.uscourts.gov/appearanceform.  Attorneys appointed under the Criminal Justice Act are exempt from the requirement to file a Form for Appearance of Counsel.

To ensure that we can provide all pertinent materials to the court before argument, we must receive any additional filings in this office by noon on the workday immediately preceding the day your case is scheduled for argument. Exceptions will be made for emergencies only.

Notice to Court Appointed Counsel: Please review for information on CJA travel at https://www.ca5.uscourts.gov/oral-argument-information/attorney-information/cja-travel-information.

All questions regarding the scheduling and argument of this case should be directed to the assigned courtroom deputy, Pam Trice at 504-310-7633.

Sincerely,

LYLE W. CAYCE, Clerk

By:_____
Pamela F. Trice, Calendar Clerk
504-310-7633

   Mr. Daniel J. Aguilar
   Mr. Kwaku A. Akowuah
   Mr. Jordan Ascher
   Mr. K. Lee Blalack II
   Mr. Brian David Boyle
   Mr. Jay R. Carson
   Ms. Connie K. Chan
   Ms. Barbara Chisholm
   Mr. Andrew H. DeVoogd
   Mr. Jonathan Michael Eisenberg
   Mr. Charles William Fillmore
   Ms. Carrie Yvette Flaxman
   Mr. David Charles Frederick
   Ms. Madeline Gitomer
   Mr. Gene Patrick Hamilton
   Mr. Matthew S. Hellman
   Mr. Richard Hughes IV
   Ms. Sarah A Hunger
   Mr. Daniel Jarcho
   Ms. Corinne Johnson
   Mr. Madeleine Joseph
   Ms. Alisa Beth Klein
   Mr. Christopher M. Lynch
   Mr. Sean Michael Marotta
   Mr. Jonathan F. Mitchell
    Martha Jane Perkins
   Ms. Beth Bivans Petronio
   Ms. Lanora Christine Pettit
   Mr. Andrew John Pincus
   Ms. Claire Prestel
   Mr. Michael S. Raab
    William Alvarado Rivera
   Mr. Nicolas Sansone
   Mr. Brian Walters Stoltz
   Ms. Alison Ann Tanner
   Mr. David Willner
   Ms. Allison M. Zieve