# ORAL ARGUMENT ACKNOWLEDGMENT FORM

**U.S. COURT OF APPEALS FOR THE FIFTH CIRCUIT, 600 S. Maestri Place, New Orleans, LA 70130**
**(504) 310-7700**

I,  Daniel Aguilar
_____
(Full Name)

as arguing counsel, acknowledge receiving notice that the below case has been scheduled for oral argument with the United States Court of Appeals for the Fifth Circuit.

23-10326          Braidwood Management, Inc.          v.  Becerra
_____          _____
(Case Number)                         (Short Title)

is scheduled for oral argument at   1:00 pm   on   March 4, 2024   located in the
_____          _____
(Time)                         (Date)

NEW ORLEANS - U.S. Court of Appeals for the Fifth Circuit, 600 Camp Street, New Orleans, LA, 70130
_____
(Location)

/s/ Daniel Aguilar                                        January 30, 2024
_____          _____
(Signature)                                              (Date)

---

**List all parties being represented for argument and select the party type**

Xavier Becerra, Secretary of Health and Human Services; United States of America;

Janet Yellen, Secretary of the Treasury; and Julie A. Su, Acting Secretary of Labor

[☑] Appellant    [ ] Appellee    [ ] Cross Appellant    [ ] Cross Appellee    [ ] Amicus    [ ] Intervenor

According to this court's rules, a cross or separate appeal will be argued with the initial appeal during the same argument, unless the court directs otherwise. If a case involves a cross appeal, the party who first files a notice of appeal is considered the appellant unless the parties otherwise agree or the court directs otherwise. If separate appellants support the same argument, they are to avoid duplication of argument.

**THE ORDER OF PRESENTATION & DIVISION OF ORAL ARGUMENT TIME WILL BE AS FOLLOWS:**

| | (Counsel Name) | (Time in Minutes) | (Rebuttal Time)* |
|---|---|---|---|
| #1 | Daniel Aguilar | 15 | 5 |
| #2 | | | |
| #3 | | | |
| #4 | | | |
| #5 | | | |

SESSION #  31

*Rebuttal time for appellants only. The court prefers no more than 5 minutes for rebuttal.

[PRINT TO PDF]          [RESET FORM]