No. 23-10326

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

BRAIDWOOD MANAGEMENT, INCORPORATED; JOHN SCOTT KELLEY; KELLEY ORTHODONTICS; ASHLEY MAXWELL; ZACH MAXWELL; JOEL STARNES

*Plaintiffs-Appellees/Cross-Appellants,*

JOEL MILLER; GREGORY SCHEIDEMAN

*Plaintiffs-Cross-Appellants,*

v.

XAVIER BECERRA, U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, IN HIS OFFICIAL CAPACITY AS SECRETARY OF HEALTH AND HUMAN SERVICES; UNITED STATES OF AMERICA; JANET YELLEN, SECRETARY, U.S. DEPARTMENT OF TREASURY, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE TREASURY; JULIE A. SU, ACTING SECRETARY, U.S. DEPARTMENT OF LABOR, IN HER OFFICIAL CAPACITY AS SECRETARY OF LABOR,

*Defendants-Appellants/Cross-Appellees.*

On Appeal from the U.S. District Court for the Northern District of Texas

**NOTICE OF WITHDRAWAL OF APPEARANCE**

I, Jordan Peter Ascher, hereby withdraw my appearance as counsel for *Amicus Curiae* Blue Cross Blue Shield Association in this case because I will be leaving O'Melveny & Myers LLP on May 3, 2023. Blue Cross Blue Shield Association's other attorneys who have entered appearances will continue to represent *Amicus Curiae* in this matter.

1

DATED:  April 30, 2024

          Respectfully submitted,

          */s/ Jordan Peter Ascher*
          JORDAN PETER ASCHER
          O'MELVENY & MYERS LLP
          7 Times Square
          New York, N.Y. 10036
          (212) 728-5885

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of April, 2024, a true and correct copy of the foregoing was filed electronically using the CM/ECF system which served counsel for the parties.

*/s/ Jordan Peter Ascher*
Jordan Peter Ascher