IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

BRAIDWOOD MANAGEMENT, et al.,
   Plaintiffs – Appellees/Cross-Appellants

v.

XAVIER BECERRA, et al.,
   Defendants – Appellants/Cross-Appellees.

No. 23-10326

**MOTION TO WITHDRAW AS COUNSEL**

Alisa B. Klein respectfully moves to withdraw as counsel because she will be retiring from the federal government on August 2, 2024. Ms. Klein is not lead counsel for the government in this case.

Respectfully submitted,

/s/ Alisa B. Klein
ALISA B. KLEIN
COURTNEY L. DIXON
(202) 353-8189
  Attorneys, Appellate Staff
  Civil Division
  U.S. Department of Justice
  950 Pennsylvania Ave., N.W.
  Room 7248
  Washington, D.C. 20530

JULY 2024

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2024, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Service will be accomplished automatically by the appellate CM/ECF system on all other counsel, who are CM/ECF participants.

        /s/ Alisa B. Klein
        Alisa B. Klein