# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 31, 2024

Ms. Alisa Beth Klein
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

    No. 23-10326   Braidwood Mgmt v. Becerra
                       USDC No. 4:20-CV-283

Dear Ms. Klein,

We are taking no action on your motion to withdraw as counsel because it was incorrectly filed as a motion on behalf of party. You may either refile a letter stating you are withdrawing because a letter is acceptable in lieu of a motion, or you may refile it as an attorney motion filed and the motion must contain information needed for a post-opinion motion to withdraw.

Post opinion motions to withdraw as counsel MUST contain the following:
1. Clearly state the client has been advised about their rights to file for petition(s) for rehearing (panel and/or en banc) and writ(s) of certiorari to the U.S. Supreme Court.
2. Clearly state the time limits within which to file for rehearing and certiorari AND THE CLIENT HAS BEEN ADVISED OF THOSE DEADLINES.
3. Clearly state a copy of the motion to withdraw as counsel has been served on the client.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            *Lisa E. Ferrara*
                            By: _____
                            Lisa E. Ferrara, Deputy Clerk
                            504-310-7675

cc:
  Mr. Daniel J. Aguilar

Mr. Kwaku A. Akowuah
Mr. K. Lee Blalack II
Mr. Brian David Boyle
Mr. Jay R. Carson
Ms. Connie K. Chan
Ms. Barbara Chisholm
Mr. Andrew H. DeVoogd
Mr. Jonathan Michael Eisenberg
Mr. Charles William Fillmore
Ms. Carrie Yvette Flaxman
Mr. David Charles Frederick
Ms. Madeline Gitomer
Mr. Gene Patrick Hamilton
Mr. Matthew S. Hellman
Mr. Richard Hughes IV
Ms. Sarah A Hunger
Mr. Daniel Jarcho
Ms. Corinne Johnson
Mr. Madeleine Joseph
Mr. Christopher M. Lynch
Mr. Sean Michael Marotta
Mr. Jonathan F. Mitchell
 Martha Jane Perkins
Ms. Beth Bivans Petronio
Ms. Lanora Christine Pettit
Mr. Andrew John Pincus
Ms. Claire Prestel
Mr. Michael S. Raab
 William Alvarado Rivera
Mr. Nicolas Sansone
Mr. Brian Walters Stoltz
Ms. Alison Ann Tanner
Mr. David Willner
Ms. Allison M. Zieve