

**U.S. Department of Justice**
Civil Division

---

Tel: 202-353-9039

VIA CM/ECF

July 31, 2024

Lyle W. Cayce, Clerk of Court
Office of the Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

    Re: *Braidwood Management v. Becerra*, No. 23-10326

    I respectfully inform the Court that I am withdrawing as counsel because I will be retiring from the federal government on August 2, 2024. I am not lead counsel.

    Sincerely,

    */s/ Alisa B. Klein*
    Alisa B. Klein

## **CERTIFICATE OF SERVICE**

    I certify that on July 31, 2024, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system, which will serve all counsel of record.

                                            */s/ Alisa B. Klein*
                                            ALISA B. KLEIN