# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 13, 2024

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 23-10326   Braidwood Mgmt v. Becerra
                             USDC No. 4:20-CV-283

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Renee S. McDonough, Deputy Clerk
                                      504-310-7673

cc:
    Mr. Daniel J. Aguilar
    Mr. Kwaku A. Akowuah
    Mr. K. Lee Blalack II
    Mr. Brian David Boyle
    Mr. Jay R. Carson
    Ms. Connie K. Chan
    Ms. Barbara Chisholm
    Mr. Andrew H. DeVoogd
    Mr. Jonathan Michael Eisenberg
    Mr. Charles William Fillmore
    Ms. Carrie Yvette Flaxman
    Mr. David Charles Frederick
    Ms. Madeline Gitomer
    Mr. Gene Patrick Hamilton
    Mr. Matthew S. Hellman
    Mr. Richard Hughes IV

```
Ms. Sarah A Hunger
Mr. Daniel Jarcho
Ms. Corinne Johnson
Mr. Madeleine Joseph
Mr. Christopher M. Lynch
Mr. Sean Michael Marotta
Mr. Jonathan F. Mitchell
 Martha Jane Perkins
Ms. Beth Bivans Petronio
Ms. Lanora Christine Pettit
Mr. Andrew John Pincus
Ms. Claire Prestel
Mr. Michael S. Raab
 William Alvarado Rivera
Mr. Nicolas Sansone
Mr. Brian Walters Stoltz
Ms. Alison Ann Tanner
Mr. David Willner
Ms. Allison M. Zieve
```