# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

September 19, 2024

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: Xavier Becerra, Secretary of Health and Human Services, et al.
v. Braidwood Management, Inc., et al.
No. 24-316
(Your No. 23-10326)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 19, 2024 and placed on the docket September 19, 2024 as No. 24-316.

Sincerely,

**Scott S. Harris**, Clerk

by

Susan Frimpong
Case Analyst

