# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

October 30, 2024

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

    Re:  Braidwood Management, Inc., et al.
          v. Xavier Becerra, Secretary of Health and Human Services, et al.
          No. 24-475
          (Your No. 23-10326)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on October 21, 2024 and placed on the docket October 30, 2024 as No. 24-475.

Sincerely,

**Scott S. Harris**, Clerk

by

Susan Frimpong
Case Analyst



U.S. COURT OF APPEALS
RECEIVED
OCT 31 2024
FIFTH CIRCUIT