# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 13, 2025

U.S. COURT OF APPEALS
RECEIVED
JAN 13 2025
FIFTH CIRCUIT

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: Braidwood Management, Inc., et al.
v. Xavier Becerra, Secretary of Health and Human Services, et al.
No. 24-475
(Your No. 23-10326)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris

**Scott S. Harris**, Clerk