# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

July 29, 2025

Mr. D. John Sauer, Esq.
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

Mr. Jonathan F. Mitchell, Esq.
Mitchell Law PLLC
111 Congress Avenue
Suite 400
Austin, TX 78701

U.S. COURT OF APPEALS
RECEIVED
JUL 29 2025
FIFTH CIRCUIT

    Re:   Kennedy, Sec. of H&HS, et al.
          v. Braidwood Mgmt., Inc., et al.
          No. 24-316

Dear Counsel:

    Attached please find a certified copy of the judgment of this Court in the above-entitled case.

    The petitioners are given recovery of costs in this Court as follows:

| | |
|---|---|
| Printing costs: | **$948.19** |
| Total: | $948.19 |

    This amount may be recovered from the respondents.

Sincerely,

SCOTT S. HARRIS, Clerk

By

M. Altner
Assistant Clerk – Judgments

cc: Clerk, 5th. Cir.
      (Your docket No. 23-10326)

# Supreme Court of the United States

## No. 24-316

### ROBERT F. KENNEDY, JR., SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL.,

Petitioners

*v.*

### BRAIDWOOD MANAGEMENT, INC., ET AL.

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Fifth Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is reversed with costs, and the case is remanded to the United States Court of Appeals for the Fifth Circuit for further proceedings consistent with the opinion of this Court.

**IT IS FURTHER ORDERED** that the petitioners, Robert F. Kennedy, Jr., Secretary of Health and Human Services, et al., recover from Braidwood Management, Inc., et al., Nine Hundred Forty-Eight Dollars and Nineteen Cents ($948.19) for costs herein expended.

June 27, 2025

Printing costs:        $948.19
Total:               $948.19

A True copy SCOTT S. HARRIS

Clerk of the Supreme Court of the United States